United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARKE AND REBECCA WIXON,

    Plaintiffs,

v.

TRENDWEST RESORTS INC, et al.

    Defendants.

No. C 07-02361 JSW

**ORDER RESOLVING DISCOVERY DISPUTE**

The Court has read and considered the parties joint letter brief regarding the entry of a protective order in this matter. Having considered the parties' positions, the Court GRANTS Defendants' request for a two-tiered protective order.

Accordingly, the parties shall submit to the Court a signed copy of Exhibit B to the joint letter brief for the Court's signature by no later than October 15, 2007.

**IT IS SO ORDERED.**

Dated: October 10, 2007

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE