SCHIFF HARDIN LLP
Stephen M. Hankins (CSB #154886)
Jeffrey V. Commisso (CSB #191267)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

TROUTMAN SANDERS, LLP[1]
J. Kirk Quillian
A. William Loeffler
William M. Droze
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone:  (404) 885-3000
Facsimile:    (404) 885-3900

Attorneys for Defendant
WYNDHAM RESORT DEVELOPMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE and REBECCA WIXON and NORMAN and BARBARA WIXON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVID HERRICK, JOHN HENLEY, PEGGY FRY, and JOHN McCONNELL,<br><br>Defendants. | Case No.: C 07-02361 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING WYNDHAM RESORT DEVELOPMENT CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION |

---

[1] Admitted *pro hac vice*.

Having reviewed the parties' papers and the relevant legal authority, and for other good cause shown, the Court hereby GRANTS Defendant Wyndham Resort Development Corporation's motion for administrative relief to exceed page limitation. It is hereby ORDERED that Defendant may have up to 25 pages (inclusive of summary of argument and exclusive of table of contents and table of authorities) for its principal brief in support of its anticipated motion to dismiss to be filed in response to Plaintiffs' amended complaint filed on October 23, 2007, in compliance with Civil Local Rule 7-4(b).

**IT IS SO ORDERED.** If Plaintiffs require additional pages in their opposition brief, they must seek such relief from the Court. Given Plaintiffs' lack of opposition to the instant motion, the Court encourages the parties to submit joint motions or stipulations demonstrating good cause for additional pages on any future motions filed in this case.

Dated: October 26, 2007

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting WRDC's Motion For
Administrative Relief To Exceed Page Limitation
C 07-02361-JSW