Matthew G. Ball (SBN 208881)
Matthew.Ball@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Judith H. Ramseyer (*pro hac vice* application pending)
Judith.ramseyer@klgates.com
Philip M. Guess (SBN 168133)
Philg@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
925 Fourth Avenue, Suite 2900,
Seattle, WA, 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

Attorneys for Defendants
GENE HENSLEY, DAVID HERRICK,
JOHN HENLEY, PEGGY FRY and
JOHN McCONNELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK and REBECCA WIXON and NORMAN and BARBARA WIXON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVID HERRICK, JOHN HENLEY, PEGGY FRY, AND JOHN MCCONNELL,<br><br>Defendants. | Case No. C 07-2361 JSW<br><br>**[PROPOSED] AGREED SCHEDULE FOR INDIVIDUAL DEFENDANTS' MOTION TO DISMISS AND ORDER** |

Plaintiffs and Defendants Gene Hensley, David Herrick, John Henley, Peggy Fry, and John McConnell ("Individual Defendants") hereby agree, subject to the approval of the Court, to the schedule set forth below for briefing and a hearing on the Motion to Dismiss that the Individual

Defendants will file in response to Plaintiffs' Amended Complaint. The parties to this Agreed Schedule believe it is appropriate because of the possibility that Plaintiffs will be required to conduct limited discovery to prepare their response to the Individual Defendants' motion and because of scheduling conflicts that can arise at this time of year.

The Individual Defendants anticipate that some or all of them will move to dismiss claims against them due to, among other things, lack of personal jurisdiction. Accordingly, Plaintiffs and the Individual Defendants further agree that, to the extent required to respond to the Individual Defendants' motion on the issue of personal jurisdiction, Plaintiffs shall be allowed to conduct limited discovery directed exclusively to this issue. Plaintiffs and Individual Defendants will negotiate in good faith to conduct any required discovery as expeditiously as possible.

Plaintiffs and the Individual Defendants further agree that, pursuant to Local Rule 7-2 through 7-4 and subject to the Court's approval, the opening and responsive briefs shall not exceed twenty-five (25) pages of text, and the reply brief shall not exceed fifteen (15) pages of text.

Plaintiffs and Individual Defendants agree to the following schedule:

| | |
|---|---|
| Individual Defendants' motion to dismiss filed by | December 7, 2007 |
| Plaintiffs' response filed by | January 18, 2008 |
| Individual Defendants' reply filed by | February 1, 2008 |
| Hearing on motion to dismiss | February 15, 2008 |

Dated: November 14, 2007

| | |
|---|---|
| GIRARD GIBBS LLP | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP |
| By   /s/<br>    Jonathan K. Levine<br>    Elizabeth C. Pritzker<br>    Daniel T. LeBel | By   /s/<br>    Judith H. Ramseyer<br>    Matthew G. Ball<br>    Philip M. Guess |
| Attorneys for Individual and Representative Plaintiffs Clarke and Rebecca Wixon and Norman and Barbara Wixon | Attorney for Defendants Gene Hensley, John Henley, David Herrick, Peggy Fry, and John McConnell |

**ORDER**

The Agreed Schedule for the Individual Defendants' Motion to Dismiss set forth above is hereby adopted as the order of this Court.

Dated: November 20, 2007

_____
Honorable Jeffrey S. White
United States District Court