Matthew G. Ball (SBN 208881)
Matthew.Ball@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Judith H. Ramseyer (admitted *pro hac vice*)
Judith.ramseyer@klgates.com
Philip M. Guess (SBN 168133)
Philg@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
925 Fourth Avenue, Suite 2900,
Seattle, WA, 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

Attorneys for Defendants
GENE HENSLEY, DAVID HERRICK,
JOHN HENLEY, PEGGY FRY and
JOHN McCONNELL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK and REBECCA WIXON and NORMAN and BARBARA WIXON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVID HERRICK, JOHN HENLEY, PEGGY FRY, AND JOHN MCCONNELL,<br><br>Defendants. | Case No. C 07-2361 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER ADDING DEFENDANTS HENSLEY, HERRICK, HENLEY, FRY AND MCCONNELL AS PARTIES TO THE STIPULATED PROTECTIVE ORDER**<br><br>**Class Action** |

Plaintiffs and Defendants hereby agree that Defendants Hensley, Herrick, Henley, Fry, and McConnell, having been named as defendants in Plaintiffs' Amended Complaint filed on October

1

23, 2007, are added and shall be made parties to the Stipulated Protective Order entered by the Court on October 15, 2007.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 20, 2007

| GIRARD GIBBS LLP | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP |
|---|---|
| By   /s/ <br>    Jonathan K. Levine <br>    Elizabeth C. Pritzker <br>    Daniel T. LeBel | By   /s/ <br>    Judith H. Ramseyer <br>    Matthew G. Ball <br>    Philip M. Guess |
| Attorneys for Individual and Representative Plaintiffs Clarke and Rebecca Wixon and Norman and Barbara Wixon | Attorney for Defendants Gene Hensley, John Henley, David Herrick, Peggy Fry, and John McConnell |

SCHIFF HARDIN LLP

By   /s/
   Stephen M. Hankins, (CSB #154886)
   Jeffrey V. Commisso (CSB #191267)

TROUTMAN SANDERS, LLP
J. Kirk Quillian
A. William Loeffler
William M. Droze

Attorneys for Wyndham Resort Development Corporation

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: November 26, 2007.

_____
Honorable Jeffrey S. White
United States District Judge