Matthew G. Ball (SBN 208881)
Matthew.Ball@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Judith H. Ramseyer, (admitted *pro hac vice*)
Judith.ramseyer@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA, 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

Attorneys for Defendants
GENE HENSLEY, DAVID HERRICK,
JOHN HENLEY, PEGGY FRY and
JOHN McCONNELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clark and Rebecca Wixon and Norman and Barbara Wixon, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Wyndham Resort Development Corp. (f/k/a Trendwest Resorts, Inc.), Gene Hensley, David Herrick, John Henley, Peggy Fry, and John McConnell,<br><br>Defendants. | Case No. C 07-2361 JSW<br><br>**AGREED AMENDED BRIEFING SCHEDULE FOR INDIVIDUAL DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT AND RESETTING HEARING DATE ON ALL MOTIONS TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Plaintiffs Clark and Rebecca Wixon and Norman and Barbara Wixon, Defendant Wyndham Resort Development Corporation ("WRDC"), and Defendants Gene Hensley, David Herrick, John Henley, Peggy Fry, and John McConnell ("Individual Defendants") hereby agree, subject to the

approval of the Court, to the following amendment to the briefing and hearing schedule for the Motion to Dismiss filed by the Individual Defendants:

| | |
|---|---|
| Plaintiffs' response filed by | February 1, 2008 |
| Individual Defendants' reply filed by | February 15, 2008 |
| Hearing on Motion to Dismiss | April 11, 2008, at 9:00 a.m. |

The proposed modification to the hearing schedule is due to a scheduling conflict that counsel for Individual Defendants has on March 28, 2008, the hearing date and Case Management Conference previously set by the Court in the Clerk's Notice (Docket No. 75), issued January 4, 2008. To accommodate counsel's schedule, at counsel's request, all parties agree, subject to the approval of the Court, to reset the hearing on the Motion to Dismiss Amended Complaint filed by WRDC, the Motion to Dismiss filed by the Individual Defendants, and the initial Case Management Conference, from the previously noticed date on for March 28, 2008, to **April 11, 2008, at 9:00 a.m.** The hearing location for all three matters shall remain in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Subject to approval of the Court, the joint case management statement shall be due on or before April 4, 2008.

Dated: January 15, 2008.

| | |
|---|---|
| GIRARD GIBBS LLP | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP |
| By: //s// Elizabeth C. Pritzker | By: //s// Matthew C. Ball |
| Jonathan K. Levine | Judith H. Ramseyer |
| Elizabeth C. Pritzker | Matthew G. Ball |
| Daniel T. LeBel | Philip M. Guess |
| Attorneys for Individual and Representative Plaintiffs Clarke and Rebecca Wixon and Norman and Barbara Wixon | Attorneys for Defendants Gene Hensley, John Henley, David Herrick, Peggy Fry, and John McConnell |

TROUTMAN SANDERS LLP

By: //s// *J. Kirk Quillian*
J. Kirk Quillian
A. William Loeffler
William M. Droze

Attorneys for Defendant Wyndham Resort Development Corporation

**ORDER**

IT IS SO ORDERED.

Dated: January 16, 2008

_____
Honorable Jeffrey S. White
United States District Court

---

AGREED AMENDED SCHEDULE AND HEARING ORDER
No. C 07-2361 JSW