1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9    CLARKE AND REBECCA WIXON, et al.

10          Plaintiffs,                          No. C 07-02361 JSW

11   v.                                          **ORDER DIRECTING
                                                 DEFENDANTS TO SHOW CAUSE
12   TRENDWEST RESORTS, INC., et al.             WHY DOCUMENTS SHOULD
                                                 NOT BE FILED IN THE PUBLIC
13          Defendants.                          RECORD**
                                         /
14

15          On February 1, 2008, Plaintiffs filed an administrative motion to lodge under seal

16   exhibits to the Declaration of Elizabeth C. Pritzker, filed in support of their opposition to the

17   director defendants' motion to dismiss.  The documents that Plaintiffs seek to lodge under seal

18   have been designated as confidential by Defendants. Pursuant to Rule 79-5(d), when such a

19   request is made, within five (5) days thereafter, "the designating party must file with the Court

20   and serve a declaration establishing that the designated information is sealable."  If the

21   designating fails to file such a declaration, "the document or proposed filing will be made part

22   of the public record."

23          Defendants have not filed a declaration required by Rule 79-5(d).  Accordingly,

24   Defendants are HEREBY ORDERED to file a declaration establishing cause for sealing

25   Exhibits 6, 7, 8, 9, 12, and 14 to the Pritzker declaration by no later than February 15, 2008.  If

26   Defendants fail to comply with this Order, the Court shall deny Plaintiffs' administrative

27   motion //

28   //

for a sealing order and shall order the exhibits to be filed in the public record.

**IT IS SO ORDERED.**

Dated: February 11, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28