IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE AND REBECCA WIXON, et al. | |
|     Plaintiffs, | No. C 07-02361 JSW |
| v. | |
| WYNDAM RESORT DEVELOPMENT CO. (f/k/a TRENDWEST RESORTS, INC.), et al. | **NOTICE OF ADDITIONAL QUESTIONS FOR HEARING** |
|     Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING ADDITIONAL QUESTIONS FOR THE HEARING SCHEDULED ON APRIL 11, 2008, AT 9:00 A.M.  The statements set forth in the Notice of Questions for Hearing issued on April 9, 2008 apply here.

1. Is there a definition of "Voting Power" in the record?

2. The Security Agreement that is part of the Governing Documents provides, in part: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR (OWNER) COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF, RECOVERY HEREUNDER BY THE DEBTOR (OWNER) SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR (OWNER) HEREUNDER.

   How does this notice impact Wyndham's argument that it is not selling "goods" or "services" under the CLRA?

3. According to the Governing Documents, Worldmark charges members a $150.00 fee to transfer Vacation Credits.  Doesn't this fact suggest that a restriction on the ability to transfer Vacation Credits on the open market impacts Worldmark by reducing the amount of fees to which it would otherwise be entitled?

4. Plaintiffs contend that Wyndham violated the provisions of the Governing Documents, including the Declaration, by, *inter alia*, abandoning the relative use value and taking

1  actions that preclude the "first come, first served" reservation system. What is Plaintiffs' best argument that any injuries arising from those alleged breaches are not injuries to Worldmark and its membership as a whole?

Conversely, according to the Amended Complaint, Wyndham sells the Vacation Credits at issue to Plaintiffs and make representations to Plaintiffs at the time of purchase. To the extent Plaintiffs allege that they entered into a contract with *Wyndham*, what is Wyndham's best argument that Plaintiffs do not have a direct cause of action for alleged breaches of that contract?

Dated: April 10, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE