Jonathan K. Levine (State Bar No. 220289)
  jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
  ecp@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiffs Clarke and Rebecca Wixon and
Norman and Barbara Wixon

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarke and Rebecca Wixon and Norman and Barbara Wixon, derivatively and on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>Wyndham Resort Development Corp. (f/k/a Trendwest Resorts, Inc.), Gene Hensley, David Herrick, John Henley, Peggy Fry and John McConnell, and nominally, WorldMark, the Club,<br><br>  Defendants. | No. C 07-02361 JSW<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR FILING OF THIRD AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>**Judge: Hon. Jeffrey S. White** |

1  WHEREAS, on July 23, 2008, the Court granted in part and denied in part the motion of
2  Defendants Gene Hensley, David Herrick, John Henley, Peggy Fry, and John McConnell ("Director
3  Defendants") to dismiss Plaintiffs' Second Amended Complaint;
4  WHEREAS the Court granted Plaintiffs leave to file a Third Amended Complaint by August 22,
5  2008 and directed that Director Defendants file their responsive pleadings within twenty days from the
6  date that Plaintiffs' Third Amended Complaint is served;
7  WHEREAS lead counsel for Plaintiffs has a pre-existing scheduling conflict in another matter,
8  which will require his absence from the office for the next two weeks;
9  WHEREAS counsel for Plaintiffs has requested, and counsel for the Director Defendants has
10 agreed to reset the pleading schedule as set forth below.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS HEREBY STIPULATED by and between Plaintiffs and Director Defendants by and through their respective counsel, that Plaintiffs' Third Amended Complaint shall be served and filed on or before August 29, 2008, and Director Defendants' responsive pleadings shall be served and filed on or before September 19, 2008.

Dated: August 8, 2008           GIRARD GIBBS LLP


By:____/s/ Elizabeth C. Pritzker___
Elizabeth C. Pritzker,
Attorneys for Individual and Representative
Plaintiffs Clarke and Rebecca Wixon and
Norman and Barbara Wixon


Dated: August 8, 2008           LAW OFFICES OF JUDITH H. RAMSEYER PLLC


By:_____/s/ Judith H. Ramseyer____
Judith H. Ramseyer,
Attorneys for Defendants Gene Hensley, David Herrick,
John Henley, Peggy Fry, and John McConnell

IT IS SO ORDERED.

DATED: 8/11/2008        _____
                        The Honorable Jeffrey S. White
                        UNITED STATES DISTRICT JUDGE