```
1  Jonathan K. Levine (State Bar No. 220289)
     jkl@girardgibbs.com
2  Elizabeth C. Pritzker (State Bar No. 146267)
     ecp@girardgibbs.com
3  GIRARD GIBBS LLP
   601 California Street
4  San Francisco, California  94108
   Telephone:  (415) 981-4800
5  Facsimile:   (415) 981-4846

6  Attorneys for Individual and Representative
   Plaintiffs Clarke and Rebecca Wixon and
7  Norman and Barbara Wixon
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarke and Rebecca Wixon and Norman and Barbara Wixon, derivatively and on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>Wyndham Resort Development Corp. (f/k/a Trendwest Resorts, Inc.), Gene Hensley, David Herrick, John Henley, Peggy Fry, John McConnell, and nominally, WorldMark, The Club,<br><br>          Defendants. | **No. C 07-02361 JSW**<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: FILING VERIFICATIONS OF THIRD AMENDED COMPLAINT**<br><br>**Judge:  Hon. Jeffrey S. White** |

1    WHEREAS the Court, in its July 23, 2008 Order, granted Plaintiffs leave to file a Third
2 Amended Complaint;
3    WHEREAS Plaintiffs are prepared to file their Third Amended Complaint on August 29, 2008,
4 in accordance with the deadline set forth in the parties' stipulation and the Court's August 11, 2008
5 Order;
6    WHEREAS Plaintiffs, due to the timing of filing, i.e., the Friday before the Labor Day holiday
7 weekend, are unavailable to provide the required verifications of the Third Amended Complaint;
8 \\
9 \\
10 \\
11 \\
12 \\
13 \\
14 \\
15 \\
16 \\
17 \\
18 \\
19 \\
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants by and through their respective counsel, that Plaintiffs' Third Amended Complaint will be filed and served on Defendants on or before August 29, 2008, and Plaintiffs' verifications of the Third Amended Complaint will be separately filed and served on Defendants on or before September 8, 2008.

Dated: August 28, 2008

| GIRARD GIBBS LLP | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP |
|---|---|
| By: ___/s/ *Jonathan K. Levine*___<br>  Jonathan K. Levine<br>  Elizabeth C. Pritzker | By: ___/s/ *Matthew G. Ball*___<br>  Matthew G. Ball |
| Attorneys for Individual and Representative Plaintiffs Clarke and Rebecca Wixon and Norman and Barbara Wixon | Attorneys for Defendants Gene Hensley, John Henley, David Herrick, Peggy Fry, and John McConnell |

**ORDER**

IT IS SO ORDERED.

DATED: August 28, 2008

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE