Jonathan K. Levine (State Bar No. 220289)
 jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
 ecp@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiffs Clarke and Rebecca Wixon and
Norman and Barbara Wixon

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarke and Rebecca Wixon and Norman and Barbara Wixon, derivatively and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Wyndham Resort Development Corp. (f/k/a Trendwest Resorts, Inc.), Gene Hensley, David Herrick, John Henley, Peggy Fry and John McConnell, and nominally, WorldMark, the Club,<br><br>Defendants. | No. C 07-02361 JSW<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEFENDANT WYNDHAM RESORT DEVELOPMENT CORPORATION'S RESPONSIVE PLEADING TO THIRD AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>**Judge: Hon. Jeffrey S. White** |

WHEREAS, on August 11, 2008, the Court granted the parties' stipulated request for an order permitting Defendants Gene Hensley, David Herrick, John Henley, Peggy Fry, and John McConnell to serve and file their pleading in response to Plaintiffs' Third Amended Complaint ("TAC") on or before September 19, 2008;

WHEREAS Defendant Wyndham Resort Development Corporation ("Wyndham") also intends to respond to the TAC;

IT IS HEREBY STIPULATED by and between Plaintiffs and Wyndham, by and through their respective counsel, that any pleading by Wyndham in response to the TAC shall be served and filed on or before September 19, 2008.

Dated: September 4, 2008          GIRARD GIBBS LLP


                                  By:___/s/ *Jonathan K. Levine*_____
                                  Jonathan K. Levine
                                  Elizabeth C. Pritzker
                                  Attorneys for Individual and Representative
                                  Plaintiffs Clarke and Rebecca Wixon and
                                  Norman and Barbara Wixon


Dated: September 4, 2008          TROUTMAN SANDERS LLP


                                  By:___/s/ *A. William Loeffler*_____
                                  J. Kirk Quillian
                                  A. William Loeffler
                                  William M. Droze
                                  Attorneys for Defendant Wyndham Resort
                                  Development Corporation


IT IS SO ORDERED.

DATED: September 4, 2008          _____
                                  The Honorable Jeffrey S. White
                                  UNITED STATES DISTRICT JUDGE

1
STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
NO. C 07-02361 JSW