SCHIFF HARDIN LLP
Stephen M. Hankins (CSB #154886)
Jeffrey V. Commisso (CSB #191267)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

TROUTMAN SANDERS, LLP[1]
J. Kirk Quillian
A. William Loeffler
William M. Droze
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone:  (404) 885-3000
Facsimile:   (404) 885-3900

Attorneys for Defendant
WYNDHAM RESORT DEVELOPMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE and REBECCA WIXON and NORMAN and BARBARA WIXON, derivatively and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVID HERRICK, JOHN HENLEY, PEGGY FRY, JOHN McCONNELL, and nominally, WORLDMARK, THE CLUB,<br><br>Defendants. | Case No.: C 07-02361 JSW<br><br>[PROPOSED] ORDER ~~GRANTING IN PART AND~~ DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THIRD AMENDED COMPLAINT<br><br>AND DENYING WITHOUT PREJUDICE IN PART MOTION TO SEAL |

[1] Admitted *pro hac vice*.

Proposed Order Regarding Plaintiffs' Administrative Motion
to File Under Seal Third Amended Complaint
C 07-02361-JSW

Plaintiffs have filed an administrative motion to file the Third Amended Complaint ("TAC") under seal [Docket # 146]. Having reviewed and considered all of the parties' submissions pertaining to Plaintiffs' motion, the Court finds and rules as follows:

With respect to the paragraphs of the TAC indicated by Plaintiffs to have confidential information, Defendants have stated that they have no objection to the following paragraphs of the TAC being filed in the open court record: Paragraphs 10, 12, 14, 86, 113, 114, 115, 118, 121, 124, 131, and 133. While those paragraphs may refer to documents that have been designated confidential, they do not reveal the confidential contents of those documents. Accordingly, Plaintiffs' motion is denied as to Paragraphs 10, 12, 14, 86, 113, 114, 115, 118, 121, 124, 131, and 133 of their TAC.

~~On the other hand, paragraphs 116 and 117 of Plaintiffs' TAC quote from or paraphrase documents produced by Defendant Wyndham Resort Development Corporation ("WRDC") that WRDC designated and maintains as confidential. WRDC submitted the declaration of Thomas C. Johnson describing the confidential nature of the that information, the measures WRDC has taken to maintain the confidentiality of that information, and the harm that would befall WRDC if the confidential information were to be publicly disclosed. The Court finds that the information in paragraphs 116 and 117 of Plaintiffs' TAC is confidential, commercially sensitive information and trade secrets, that WRDC has taken reasonable measures to maintain the confidentiality of that information, and that WRDC would likely suffer significant economic harm if the information were disclosed to the public. Accordingly, Plaintiffs' motion is granted with respect to paragraphs 116 and 117 of Plaintiffs' TAC.~~

Plaintiffs shall file in open court record a redacted version of the TAC ~~that redacts the confidential portions of paragraphs 116 and 117 of their TAC.~~

The Court DENIES WITHOUT PREJUDICE the request to file Paragraphs 116 and 117 pending a further showing from Defendants' that the material contained therein is truly confidential material, rather than material Defendants would prefer not be made public. Defendants conclusory statements as to why the material is confidential are insufficient.

**IT IS SO ORDERED.**

Dated: September 9, 2008

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Dated: September 8, 2008.

Respectfully submitted,

TROUTMAN SANDERS LLP

By: /s/ *A. William Loeffler*
J. Kirk Quillian
A. William Loeffler
William M. Droze
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

SCHIFF HARDIN LLP
Stephen M. Hankins (CSB #154886)
Jeffrey V. Commisso (CSB #191267)
One Market, Spear Street Tower,
 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Attorneys for Defendant Wyndham
Resort Development Corporation

# CERTIFICATE OF SERVICE

*Wixon v. Trendwest Resorts, Inc.,*
USDC, Northern District of California

I hereby certify that, on September 8, 2008, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all parties, as follows:

Jonathan K. Levine, Esq.
Elizabeth C. Pritzker, Esq.
Daniel T. LeBel, Esq.
GIRARD GIBBS LLP
601 California Street
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
*Attorneys for Plaintiffs*

Matthew G. Ball, Esq.
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Tel. (415) 882-8200
Fax. (415) 882-8220
*Attorneys for Director Defendants*

Judith H. Ramseyer, Esq.
Law Offices of Judith H. Ramseyer PLLC
2025 First Avenue, Suite 1150
Seattle, Washington 98121
Tel. (206) 728-6872
Fax. (206) 260-6689
*Attorney for Director Defendants*

/s/ *A. William Loeffler*
A. William Loeffler
TROUTMAN SANDERS LLP

5200 Bank of America Plaza
600 Peachtree Street
Atlanta, GA 30308-2216
(404) 885-3000

Counsel for Defendant Wyndham
Resort Development Corporation

Proposed Order Regarding Plaintiffs' Administrative Motion
to File Under Seal Third Amended Complaint
C 07-02361-JSW