1  Matthew G. Ball (SBN 208881)
   Matthew.Ball@klgates.com
2  **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
   55 Second Street, Suite 1700
3  San Francisco, CA 94105
   Telephone: (`415) 882-8200
4  Facsimile:  (415) 882-8220

5
   Judith H. Ramseyer (admitted *pro hac vice*)
6  judy@ramseyerlaw.com
   **LAW OFFICES OF JUDITH H. RAMSEYER PLLC**
7  2025 First Avenue, Suite 1150,
   Seattle, WA, 98121
8  Telephone: (206) 728-6872
9  Facsimile:  (206) 260-6689

10 Attorneys for Defendants
   GENE HENSLEY, DAVID HERRICK,
11 JOHN HENLEY, PEGGY FRY and
   JOHN McCONNELL
12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLARK and REBECCA WIXON and NORMAN and BARBARA WIXON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVID HERRICK, JOHN HENLEY, PEGGY FRY, AND JOHN MCCONNELL, and nominally, WORLDMARK, THE CLUB,<br><br>Defendants. | Case No. C 07-2361 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REVISING  SCHEDULE AND PAGE ALLOWANCE FOR RESPONSIVE PLEADING TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>**Class and Derivative Action** |

1  WHEREAS, the parties previously stipulated to and the Court granted an order giving the
2  Plaintiffs a one-week extension to file their Third Amended Complaint (to August 29, 2008) and
3  adjusting accordingly the due date for Defendants to file responsive pleadings (September 19, 2008)
4  (Dkt. #142, 149); and

5  WHEREAS, lead counsel for the Director Defendants has experienced unexpected family
6  and professional conflicts that have required her close attention; and

7  WHEREAS, Plaintiffs' Third Amended Complaint contains 46 pages of allegations, fifteen
8  pages more than the Second Amended Complaint; and

9  WHEREAS, Director Defendants intend to file an motion to dismiss in response to Plaintiffs'
10 Third Amended Complaint; and

11 WHEREAS, counsel for the Director Defendants has requested and Counsel for Plaintiffs
12 and Defendant Wyndham Resort Development Corporation have agreed to reset the briefing
13 schedule and page limitations as set forth below.

14 IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants by and through
15 their respective counsel that Director Defendants and Wyndham Resort Development Corporation's
16 pleadings filed in response to Plaintiffs' Third Amended Complaint shall be served and filed on or
17 before September 26, 2008.  Additionally, the page limitation set by the Court's Civil Standing
18 Order is modified to allow the Director Defendants and Plaintiffs each up to an additional five (5)
19 pages, in other words, up to twenty (20) pages, for Director Defendants' opening memorandum in
20 support of and Plaintiffs' memorandum in opposition to Director Defendants' motion to dismiss.

22 Dated:  September 10, 2008.                    GIRARD GIBBS LLP

                                                By:   /s/
                                                Jonathan K. Levine
                                                Elizabeth C. Pritzker
                                                Attorneys for Individual and Representative
                                                Plaintiffs Clarke and Rebecca Wixon and
                                                Norman and Barbara Wixon

Date:  September 10, 2008.                          TROUTMAN SANDERS LLP


                                                    By:    /s/
                                                    J. Kirk Quillian
                                                    A. William Loeffler
                                                    William M. Droze
                                                    Attorneys for Defendant Wyndham Resort
                                                    Development Corporation


Dated:  September 10, 2008.                         K&L GATES LLP

                                                    By:      /s/
                                                        Matthew G. Ball
                                                        matthew.ball@klgates.com

                                                    LAW OFFICES OF
                                                    JUDITH H. RAMSEYER PLLC

                                                    By:      /s/
                                                        Judith H. Ramseyer

                                                    Attorneys for Defendants Gene Hensley,
                                                    John Henley, David Herrick, Peggy Fry,
                                                    and John McConnell


                              **ORDER**

IT IS SO ORDERED.


Dated:  September 10 , 2008              _____
                                         Honorable Jeffrey S. White
                                         United States District Court Judge

- 3 -
STIPULATION AND [PROPOSED] ORDER  REVISING SCHEDULE AND PAGE ALLOWANCE FOR RESPONSIVE
PLEADING TO PLAINTIFFS' THIRD AMENDED COMPLAINT
CASE NO. C 07-2361 JSW