IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE AND REBECCA WIXON, | |
| Plaintiff, | No. 07-02361 JSW |
| v. | **ORDER TO SHOW CAUSE** |
| TRENDWEST RESORTS INC, | |
| Defendants. | |
| _____ / | |

      On September 26, 2008, the Director Defendants filed a motion to dismiss that exceeds the page limits allowed by this Court's Standing Order 6, which provides that "[a]ll briefs, whether in support of, in opposition to, or in reply to any motion, with the exception of summary judgment motions and claims construction briefs, may not exceed fifteen pages in length, exclusive of title pages, indices of cases, table of contents, exhibits, and summaries of argument, if required." The Director Defendants also did not seek leave of court to file an oversize brief.

      Accordingly, the Director Defendants are HEREBY ORDERED TO SHOW CAUSE as to why an oversized brief should be allowed and why the Court should not strike the motion for failure to comply with this Court's page limitations.

//

//

Defendants shall respond to this Order to Show Cause by October 1, 2008, and a stipulation with the Plaintiffs to permit the oversize filing *shall not* suffice as a response to this Order.

**IT IS SO ORDERED.**

Dated: September 29, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE