IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARKE AND REBECCA WIXON,

    Plaintiff,

v.

TRENDWEST RESORTS INC,

    Defendants.

                                       /

No. 07-02361 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

    The Court has received the Director Defendants' response to the Order to Show Cause dated September 29, 2008. That Order is discharged.

    **IT IS SO ORDERED.**

Dated: September 30, 2008

                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE