IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARKE AND REBECCA WIXON, et al.

    Plaintiffs,

v.

WYNDAM RESORT DEVELOPMENT CO. (f/k/a TRENDWEST RESORTS, INC.), et al.

    Defendants.

No. C 07-02361 JSW

**ORDER VACATING HEARING DATE**

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, October 31, 2008 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

    **IT IS SO ORDERED**

Dated: October 29, 2008

                                                                    JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE