Jonathan K. Levine (State Bar No. 220289)
  jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
  ecp@girardgibbs.com
Todd I. Espinosa (State Bar No. 209591)
  tie@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiffs Clarke and Rebecca Wixon and
Norman and Barbara Wixon

[Additional Counsel Appear On Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarke and Rebecca Wixon and Norman and Barbara Wixon, derivatively and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Wyndham Resort Development Corp. (f/k/a Trendwest Resorts, Inc.), Gene Hensley, David Herrick, John Henley, Peggy Fry and John McConnell, and nominally, WorldMark, the Club,<br><br>Defendants. | No. C 07-02361 JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION RE: PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**<br><br>Current CMC date: November 14, 2008<br>Current CMC time: 1:30 p.m.<br><br>Requested CMC date: December 5, 2008<br>Requested CMC time: 1:30 p.m.<br><br>**Judge: Hon. Jeffrey S. White** |

STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER
NO. C 07-02361 JSW

1     WHEREAS, on October 29, 2008, the Court issued an order vacating the case management
2 conference date previously scheduled for October 31, 2008 at 1:30 p.m, and resetting that matter for
3 hearing on November 14, 2008 at 1:30 p.m.;
4     WHEREAS, also on October 29, 2008, Plaintiffs Clarke and Rebecca Wixon and Norman and
5 Barbara Wixon ("Plaintiffs") filed a Notice of Pendency of Other Actions or Proceedings ("Notice of
6 Pendency"), identifying the following California state court proceeding currently pending in the
7 Superior Court of California, County of Sacramento: *WorldMark, The Club v. Robin Miller, Wyndham*
8 *Resort Development Corporation and DOES 1 through 50, inclusive*, Case No. 34-2008-00025130-CU-
9 PT-GDS, Superior Court of California, County of Sacramento, Department 53, 800 Ninth Street,
10 Sacramento, California;
11     WHEREAS, the Director Defendants filed their opposition to Plaintiffs' Notice of Pendency on
12 November 3, 2008, and Defendant Wyndham will timely file its opposition to Plaintiffs' Notice of
13 Pendency;
14     WHEREAS, the Defendants do not take a position that the CMC date should be changed and do
15 not stipulate to nor join in Plaintiffs' position regarding the proceedings in the Sacramento County
16 Court;
17     WHEREAS, the California Superior Court has scheduled two hearings in the above-described
18 California state court proceeding in the Sacramento Superior Court for Friday, November 14, 2008, as
19 follows: (1) a hearing on Plaintiffs' motion to intervene in the California State court proceeding, which
20 motion is to be heard in Department 47 of the Sacramento Superior Court at 9:30 a.m. on November 14,
21 2008; and (2) a hearing on the petition filed by WorldMark, the Club ("WorldMark") to set aside a
22 demand by respondent/WorldMark member Robin Miller for access to the WorldMark membership
23 register, which matter is to be heard in Department 53 of the Sacramento Superior Court at 2:00 p.m. on
24 November 14, 2008;
25     WHEREAS, counsel for Plaintiffs sought unsuccessfully to reschedule the hearings in the
26 Sacramento Superior Court to avoid a scheduling conflict with the case management conference
27 scheduled in this action, presently set for November 14, 2008 at 1:30 p.m.;
28     WHEREAS, as a result of the foregoing, counsel for Plaintiffs has a scheduling conflict in

1

STIPULATION RE: PLAINTIFFS REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; AND
[PROPOSED] ORDER
NO. C 07-02361 JSW

1 another pending matter that cannot be avoided;

2 WHEREAS, counsel for Plaintiffs has met and conferred with Defendants' counsel of record in
3 this action, and requested that the case management conference presently set for November 14, 2008 at
4 1:30 p.m. be continued to December 5, 2008 at 1:30 p.m.(the first available date); and

5 WHEREAS, counsel for Defendants have stated they are available to appear for a case
6 management conference on either November 14, 2008 or December 5, 2008 at 1:30 p.m., whichever
7 date may be convenient for the Court;

8 WHEREAS, if the Court reschedules the case management conference, the due date for the
9 parties to file a joint case management conference statement should be adjusted to be due two weeks
10 before the scheduled conference;

11 IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants by and through their
12 respective counsel of record, that Plaintiffs shall be permitted to request and Defendants will not oppose
13 an order continuing the case management conference, from November 14, 2008 to December 5, 2008 at
14 1:30 p.m.

15 Dated: November 6, 2008 **GIRARD GIBBS LLP**

17 By:____*Jonathan K. Levine*_____
18 Jonathan K. Levine

19 Elizabeth C. Pritzker
Todd I. Espinosa
20 601 California Street
San Francisco, California 94108
21 Telephone: (415) 981-4800
22 Facsimile: (415) 981-4846

23 James Helfrich, Esq.
Jordan Factor, Esq.
24 Gersh & Helfrich, LLP
25 1860 Blake Street, Suite 300
Denver, Colorado 80202
26 Telephone: (303) 293-2333

27 *Attorneys for Plaintiffs*
28

| | |
|---|---|
| 1 | |
| 2 | Dated: November 6, 2008 | **SCHIFF HARDIN LLP** |
| 3 | | By:_____*Stephen M. Hankins*_____ |
| 4 | | Stephen M. Hankins |
| 5 | | Jeffrey V. Commisso |
| | | One Market, Spear Street Tower, 32nd Floor |
| 6 | | San Francisco, California 94105 |
| 7 | | Telephone: (415) 901-8700 |
| | | Facsimile: (415) 901-8701 |
| 8 | | J. Kirk Quillian |
| 9 | | A. William Loeffler |
| 10 | | William M. Droze |
| | | **TROUTMAN SANDERS, LLP** |
| 11 | | 5200 Bank of America Plaza |
| 12 | | 600 Peachtree Street, N.E. |
| | | Atlanta, Georgia 30308-2216 |
| 13 | | Telephone: (404) 885-3000 |
| 14 | | Facsimile: (404) 885-3900 |
| 15 | | *Attorneys for Wyndham Resort Development Corporation* |
| 16 | | |
| 17 | Dated: November 6, 2008 | **LAW OFFICES OF JUDITH H. RAMSEYER** |
| 18 | | |
| 19 | | By:__*Judith H. Ramseyer*_____ |
| 20 | | Judith H. Ramseyer |
| 21 | | 2025 First Avenue |
| 22 | | Suite 1150 |
| | | Seattle, WA 98121 |
| 23 | | Telephone (206) 728-6872 |
| | | Facsimile (206) 260-6689 |
| 24 | | |
| 25 | | **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP** |
| 26 | | |
| 27 | | Matthew G. Ball |
| 28 | | 55 Second Street, Suite 1700 |
| | | San Francisco, California 94105-3493 |

3

STIPULATION RE: PLAINTIFFS REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER
NO. C 07-02361 JSW

Telephone (415) 882-8200
Facsimile (415) 882-8220

*Attorneys for Director Defendants Gene Hensley, David Herrick, John Henley, Peggy Fry and John McConnell*

4

STIPULATION RE: PLAINTIFFS REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER
NO. C 07-02361 JSW

1  **[PROPOSED] ORDER**

2  The Court HEREBY ORDERS as follows:

3  1.  For good cause shown, Plaintiffs' request for a continuance of the case management
4  conference, from November 14, 2008 to December 5, 2008, is HEREBY GRANTED.

5  2.  The case management conference currently scheduled for November 14, 2008, at 1:30
6  p.m. is HEREBY CONTINUED from November 14, 2008 to **December 5, 2008** at **1:30 p.m.**

7  3.  The date for submitting a revised joint case management conference statement, if any, is
8  November 21, 2008.

9  IT IS SO ORDERED.

12  DATED:  November 7, 2008

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

1
STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
NO. C 07-02361 JSW