**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARKE AND REBECCA WIXON, et al.

    Plaintiffs,

v.

TRENDWEST RESORTS INC, et al.

    Defendants.
_____/

No. 07-02361 JSW

**ORDER OF REFERRAL**

Pursuant to Northern District Civil Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution of all discovery disputes. If the parties have not heard from the Court regarding an assignment within fourteen days, please contact this Court's Courtroom Deputy, Jennifer Ottolini, and 415-522-4173.

**IT IS SO ORDERED.**

Dated: December 8, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Chris Wolpert