UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARKE and REBECCA WIXON, | ) | |
| Plaintiff(s), | ) | No. C 07-2361 JSW (BZ) |
| v. | ) | **SECOND DISCOVERY ORDER** |
| TRENDWEST RESORTS, INC., et al., | ) | |
| Defendant(s). | ) | |

Following a telephone conference at which the parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1.  The parties shall meet and confer, by no later than 12:00 p.m. PST on **January 13, 2009** and attempt to resolve their disputes in accordance with the views expressed by the Court.

2.  In the event the parties are unable to resolve their disputes, plaintiff is given leave to file a motion to compel by **Thursday, January 15, 2009**. Defendants' opposition shall be due no later than **Wednesday, January 21, 2009**. Plaintiff's reply, if any, shall be filed by **Friday, January 23, 2009.** A hearing is scheduled for **February 4, 2009 at 10:00 a.m.** in

1

Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: January 12, 2009

                                        Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-REFS\WIXON V. TRENDWEST\SECOND DISCOVERY ORDER.wpd

2