SCHIFF HARDIN LLP
Stephen M. Hankins (CSB #154886)
Jeffrey V. Commisso (CSB #191267)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

TROUTMAN SANDERS, LLP[1]
J. Kirk Quillian
A. William Loeffler
William M. Droze
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

Attorneys for Defendant
WYNDHAM RESORT DEVELOPMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE and REBECCA WIXON and NORMAN and BARBARA WIXON, derivatively and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVID HERRICK, JOHN HENLEY, PEGGY FRY, JOHN McCONNELL, and nominally, WORLDMARK, THE CLUB,<br><br>Defendants. | Case No.: C 07-02361 JSW<br><br>[PROPOSED] **STIPULATED ORDER SUPPLEMENTING PROTECTIVE ORDER REGARDING PRIVILEGED DOCUMENTS IN DISCOVERY** |

---

[1] Admitted *pro hac vice*.

STIPULATED SUPPLEMENTAL PROTECTIVE ORDER
C 07-02361-JSW

- 1 -

On October 15, 2007, the parties stipulated, and the Court entered, a Stipulated Protective Order [Doc. No. 37] to govern the production of documents deemed confidential within the course and scope of discovery in this action. On November 26, 2007, Gene Hensley, David Herrick, Peggy Fry, John Henley, and John McConnell (collectively "Director Defendants") were added as parties to the Stipulated Protective Order. [Doc. No. 62]

As part of a separate discovery agreement, Defendant Wyndham Resort Development Corp. ("WRDC") is in the process of preparing a production of Electronically Stored Information ("ESI") specific to certain document custodians and search terms identified by Plaintiffs Clarke and Rebecca Wixon, and Norman and Barbara Wixon, (collectively "Plaintiffs"). Because of the volume and the timing associated with this production, Plaintiffs have agreed to treat all ESI produced by WRDC as part of this production as confidential under the Stipulated Protective Order, and WRDC has agreed to produce responsive ESI without a prior review of the ESI, subject only to an electronic privilege screen of the ESI by WRDC's electronic discovery vendor. Without prior review of the ESI being produced using the process to which the parties have agreed, there exists the likelihood that privileged material may be inadvertently produced. Because WRDC also maintains data on behalf of WorldMark, The Club ("WorldMark") pursuant to its Management Agreement, the Director Defendants share an interest in avoiding any inadvertent production of privileged material. The unique relationship of the parties and the complex nature of this litigation contribute to the potential for the inadvertent production of privileged or protected information.

STIPULATED SUPPLEMENTAL PROTECTIVE ORDER
C 07-02361-JSW

- 2 -

Pursuant to Fed.R.Civ.P. 26(c), Fed.R.Evid. 502, and the stipulation of the parties for entry of this Order, IT IS HEREBY ORDERED that the inadvertent or unintentional production of information by WRDC, the Director Defendants, or other persons as part of this production containing, or otherwise disclosing, information that is subject to any claim of privilege or protection, including, but not limited to, the attorney-client privilege and the protection afforded by the attorney work-product doctrine, shall not be deemed a waiver in whole or in part of the claim of privilege or immunity from production, either as to the specific information disclosed or as to any other information relating thereto on the same or related subject matter. In particular, the production of privileged or otherwise protected information by WRDC or the Director Defendants shall not be deemed a waiver or an impairment of any claim of privilege or protection of WRDC or the Director Defendants, including, but not limited to, the attorney-client privilege and the protection afforded by the attorney work-product doctrine.

To the extent that WRDC or the Director Defendants inadvertently disclose information that is privileged or otherwise immune from discovery under the attorney-client privilege, work product doctrine or any other privilege, that party, upon discovery of such inadvertent disclosure, shall promptly advise the Plaintiffs and request that the information be returned or destroyed. Within seven (7) days of receipt of notice of a privileged disclosure, Plaintiffs shall return or destroy such inadvertently produced information, including all copies, electronic and otherwise, and Plaintiffs shall confirm their compliance with this Order in writing upon request.

This Order shall not prejudice the right of any party to challenge any other party's claim that information is privileged on any grounds other than the inadvertent or

STIPULATED SUPPLEMENTAL PROTECTIVE ORDER
C 07-02361-JSW
- 3 -

unintentional production of such information. Plaintiffs, upon returning or destroying inadvertently produced ESI pursuant to this Order, do not waive their right to challenge the status of the information at issue as being privileged and/or work product. In the event of a dispute regarding whether any particular ESI produced pursuant to this Order is privileged and/or work product, this stipulation and Order does not alter the burden of the producing party to demonstrate that the disputed information is properly the subject of the privilege claimed under applicable law.

    Nothing in this Order shall abrogate the protections against waiver of attorney-client privilege or work product immunity set forth in Fed. R. Evid. 502, or the provisions governing inadvertent failures to designate information or items as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" contained in paragraph 5.3 of the Stipulated Protective Order [Doc. No. 37] entered October 15, 2007.

| STIPULATED SUPPLEMENTAL PROTECTIVE ORDER C 07-02361-JSW | - 4 - | |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| Dated: January 26, 2009 | **GIRARD GIBBS LLP**<br><br>By: *Jonathan K. Levine*<br>　　　　Jonathan K. Levine<br><br>Elizabeth C. Pritzker<br>Daniel T. LeBel<br>601 California Street<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br><br>James Helfrich, Esq.<br>Jordan Factor, Esq.<br>Gersh & Helfrich, LLP<br>1860 Blake Street, Suite 300<br>Denver, Colorado 80202<br>Telephone: (303) 293-2333<br><br>*Attorneys for Plaintiffs* |
|---|---|
| Dated: January 26, 2009 | **SCHIFF HARDIN LLP**<br><br>By: *Stephen M. Hankins*<br>　　　　Stephen M. Hankins<br><br>Jeffrey V. Commisso<br>One Market, Spear Street Tower, 32nd Floor<br>San Francisco, California 94105<br>Telephone: (415) 901-8700<br>Facsimile: (415) 901-8701 |

STIPULATED SUPPLEMENTAL PROTECTIVE ORDER
C 07-02361-JSW

- 5 -

|  | J. Kirk Quillian<br>A. William Loeffler<br>William M. Droze<br>**TROUTMAN SANDERS, LLP**<br>5200 Bank of America Plaza<br>600 Peachtree Street, N.E.<br>Atlanta, Georgia 30308-2216<br>Telephone: (404) 885-3000<br>Facsimile: (404) 885-3900<br><br>*Attorneys for Wyndham* |
|---|---|
| Dated: January 26, 2009 | **LAW OFFICES OF JUDITH H. RAMSEYER**<br><br>By: *Judith H. Ramseyer*<br>　　　　Judith H. Ramseyer<br><br>2025 First Avenue<br>Suite 1150<br>Seattle, WA 98121<br>Telephone (206) 728-6872<br>Facsimile (206) 260-6689<br><br>**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**<br><br>Matthew G. Ball<br>55 Second Street, Suite 1700<br>San Francisco, California 94105-3493<br>Telephone (415) 882-8200<br>Facsimile (415) 882-8220<br><br>*Attorneys for Director Defendants* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 28, 2009　　　　　　　　/s/ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey S. White
　　　　　　　　　　　　　　　　　　　United States District Judge

| STIPULATED SUPPLEMENTAL PROTECTIVE ORDER<br>C 07-02361-JSW | - 6 - | |