Matthew G. Ball (SBN 20881)
Matthew.Ball@klgates.com
**K&L GATES LLP**
4 Embarcadero Ctr., Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Judith H. Ramseyer (admitted *pro hac vice*)
judy@ramseyerlaw.com
**LAW OFFICES OF JUDITH H. RAMSEYER PLLC**
2025 First Avenue, Suite 1150
Seattle, WA 98121
Telephone: (206) 728-6872
Facsimile: (206) 260-6689

Attorneys for Defendants
GENE HENSLEY, DAVID HERRICK,
JOHN HENLEY, PEGGY FRY, and
JOHN McCONNELL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE and REBECCA WIXON and NORMAN and BARBARA WIXON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVE HERRICK, JOHN HENLEY, PEGGY FRY, JOHN MCCONNELL, and nominally, WORLDMARK, THE CLUB,<br><br>Defendants. | No. C 07-02361 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING DIRECTOR DEFENDANTS TO AMEND THEIR ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

1

Printed on Recycled Paper

**STIPULATION AND [PROPOSED] ORDER PERMITTING DIRECTOR DEFENDANTS TO AMEND THEIR ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT
CASE NO.: No. C 07-02361 JSW**

IT IS HEREBY STIPULATED by and between Plaintiffs Clarke and Rebecca Wixon and Norman and Barbara Wixon ("Plaintiffs"), and Defendants Gene Hensley, Dave Herrick, John Henley, Peggy Fry, and John McConnell ("Director Defendants"), by and through their respective counsel, that Director Defendants may amend their answer to Plaintiffs' Third Amended Complaint pursuant to Federal Rule of Civil Procedure 15. By entering into this stipulation, Plaintiffs do not waive but expressly reserve the right to move to strike or otherwise challenge the Amended Answer as permitted by the Federal Rules of Civil Procedure.

The Amended Answer is attached hereto as Exhibit A and is deemed filed when this Court grants the order below.

DATED this 17th of February, 2009.

| K&L GATES LLP | GIRARD GIBBS LLP |
|---|---|
| By: /s/ Matthew G. Ball<br>Matthew G. Ball (SBN 208881)<br>matthew.ball@klgates.com<br><br>Judith H. Ramseyer *(admitted pro hac vice)*<br>judy@ramseyerlaw.com<br>Law Offices of Judith H. Ramseyer PLLC<br>2025 First Avenue, Suite 1150<br>Seattle, Washington, 98121<br>Telephone: (206) 728-6872;<br>Facsimile: (206) 260-6689<br><br>Attorneys for Defendants Gene Hensley, David Herrick, John Henley, Peggy Fry, and John McConnell | By: /s/*Elizabeth C. Pritzker*<br>Jonathan K. Levine<br>Elizabeth C. Pritzker<br><br>Attorneys for Individual and Representative Plaintiffs Clarke and Rebecca Wixon and Norm and Barbara Wixon |

## ORDER

IT IS SO ORDERED.

DATED: February 17, 2009

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

The Director Defendants SHALL file a copy of the Amended Answer as a separate docket entry.

2

Printed on Recycled Paper

**STIPULATION AND [PROPOSED] ORDER PERMITTING DIRECTOR DEFENDANTS TO AMEND THEIR ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**
**CASE NO.: No. C 07-02361 JSW**