IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE AND REBECCA WIXON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TRENDWEST RESORTS INC, et al.,<br><br>    Defendants. | No. C 07-02361 JSW<br><br>**ORDER REFERRING ADMINISTRATIVE MOTION OF FOR LEAVE TO CONDUCT FURTHER CASE MANAGEMENT CONFERENCE RELATIVE TO EXPERT DISCOVERY** |

The Court has received Defendant Wyndham Resort Development Corporation's ("Wyndham") Administrative Motion for Leave to Conduct Further Case Management Conference Relative to Expert Discovery, the Director Defendants' response thereto, and Plaintiffs Opposition thereto. This Court has referred all discovery in this matter to Magistrate Judge Zimmerman. Because Wyndham's motion raises a discovery dispute that should be referred to Magistrate Judge Zimmerman in the first instance, the motion is HEREBY REFERRED to Magistrate Judge Zimmerman for resolution.

**IT IS SO ORDERED.**

Dated: March 10, 2009

                                                  JEFFREY S. WHITE<br>
                                                UNITED STATES DISTRICT JUDGE

cc: Wings Hom