UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLARKE and REBECCA WIXON,    )
                             )
         Plaintiff(s),       )    No. C 07-2361 JSW (BZ)
                             )
    v.                       )    **ORDER COMPELLING**
                             )    **FURTHER DISCOVERY**
WYNDHAM RESORT DEVELOPMENT   )
CORP., et al.,               )
                             )
         Defendant(s).       )
_____)

Defendant Wyndham Resort Development Corporation ("defendant") has moved to compel plaintiffs to respond to eight interrogatories. Having read all the papers submitted, I find no need for argument.

**IT IS ORDERED** that defendant's motion to compel is **GRANTED** as follows:

1. Plaintiffs' objections to Interrogatories 7, 9, 10, and 11 as overbroad and premature are **SUSTAINED** in part. Each of these interrogatories is in reality three interrogatories. One seeks facts, another seeks the identity of witnesses and the third seeks the identity of documents. Defendant is entitled at this stage of the litigation to learn the facts

1

which underpin plaintiffs' case so it can brief the issue of whether these facts are susceptible to class treatment.  It is therefore **ORDERED** that plaintiffs shall answer the first portion of each of these disputed interrogatories by **April 29, 2009.**  Plaintiffs shall answer the remainder of these interrogatories within 60 days of the class certification ruling.  I find that at this stage of the litigation, the burden and expense involved in ascertaining this information on short notice outweighs the likely benefit of the information to defendant's opposition to plaintiffs' motion for class certification.  *See* Federal Rule of Civil Procedure 26(b)(2)(C)(iii).

   2.   Plaintiffs' objections to Interrogatories 5, 12, 13, and 14 are **OVERRULED**.  These are timely and relevant to such issues as the existence of common questions of law and fact, typicality of claims, and the representatives' ability to represent class.  *See* <u>Oppenheimer Fund, Inc. v. Sanders</u>, 437 U.S. 340, 351 (1978).  Plaintiffs shall answer these interrogatories by **April 29, 2009**.

Dated: April 15, 2009

                                  Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-REFS\WIXON V. TRENDWEST\ORDER ON WRDC'S MOT TO COMPEL.BZ VERSION.wpd