UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE and REBECCA WIXON,<br><br>       Plaintiff(s),<br><br>  v.<br><br>WYNDHAM RESORT DEVELOPMENT<br>CORP., et al.,<br><br>       Defendant(s). | No. C 07-2361 JSW (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

**IT IS ORDERED** that a telephone conference to consider the issues raised in Ms. Pritzker's letter dated April 28, 2009 is scheduled for **Thursday, April 30, 2009 at 2:00 p.m.**  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: April 28, 2009

                                  Bernard Zimmerman
                    United States Magistrate Judge

G:\BZALL\-REFS\WIXON V. TRENDWEST\TEL CONF NOTICE 4.wpd

1