UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE and REBECCA WIXON,<br><br>        Plaintiff(s),<br><br>  v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP., et al.,<br><br>        Defendant(s). | No. C 07-2361 JSW (BZ)<br><br>**FOURTH DISCOVERY ORDER** |

Following a telephone conference to address the issues raised in Ms. Pritzker's letter dated April 28, 2009, at which all sides were represented by counsel, **IT IS ORDERED** as follows:

    1.   The Court's Order dated April 15, 2009 is amended to permit plaintiffs to answer the interrogatories without reference to the recently produced electronic discovery. Plaintiffs shall supplement their answers by **June 1, 2009**.

    2.   I read the January 15, 2009 stipulated discovery schedule as requiring Wyndham to have completed its ESI production by February 17, 2009, which would have included the production of any documents that were subject to a privilege screen. If Wyndham needed more time to screen and produce

documents, it should have asked.  Had I been asked, I would never have permitted Wyndham to produce all of the screened documents in bulk, at the very end of the screening process, and on the day that plaintiffs' class certification motion was due.  In any event, the parties have agreed that Wyndham shall inform plaintiffs of which of the newly produced documents it intends to use in its opposition to plaintiffs' motion for class certification, by no later than **May 6, 2009.**  Accordingly, plaintiffs' earlier request that Wyndham be barred from using any of the recently produced documents in the class certification proceeding is **DENIED** without prejudice to being renewed before Judge White by way of objection to specific documents.  I do not have the ability to alter Judge White's certification schedule and the sanction as requested might be draconian and is better addressed in the context of specific documents.

    3.  Wyndham shall produce its privilege log by **May 8, 2009.**

Dated: April 30, 2009

                         Bernard Zimmerman
                    United States Magistrate Judge

G:\BZALL\-REFS\WIXON V. TRENDWEST\FOURTH DISCOVERY ORDER.wpd

2