SCHIFF HARDIN LLP
Stephen M. Hankins (CSB #154886)
Jeffrey V. Commisso (CSB #191267)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

TROUTMAN SANDERS LLP[1]
J. Kirk Quillian, Bar No. 591150
A. William Loeffler, Bar No. 755699
William M. Droze, Bar No. 231039
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

Attorneys for Defendant
WYNDHAM RESORT DEVELOPMENT
CORPORATION[2]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE and REBECCA WIXON and NORMAN and BARBARA WIXON, derivatively and on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVID HERRICK, JOHN HENLEY, PEGGY FRY, JOHN McCONNELL, and nominally, WORLDMARK, THE CLUB,<br><br>Defendants. | Case No. C 07-02361 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT WYNDHAM RESORT DEVELOPMENT CORPORATION'S AND PLAINTIFFS' JOINT MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION<br><br>CLASS AND DERIVATIVE ACTION<br><br>Judge: Hon. Jeffrey S. White |

---

[1] Admitted *pro hac vice*.

[2] Other Counsel of record listed on signature page.

Having reviewed the parties' papers and the relevant legal authority, and for other good cause shown, the Court hereby GRANTS the joint motion of Defendant Wyndham Resort Development Corporation ("WRDC") and Plaintiffs for administrative relief to exceed page limitation. WRDC may have up to 25 pages for its memorandum of law in opposition to Plaintiffs' motion for class certification. Plaintiffs may have up to 20 pages for their reply memorandum in support of their motion for class certification.

**IT IS SO ORDERED.**

Dated __May 7, 2009_____, 2009

_____
HONORABLE JEFFREY S. WHITE

The Court notes that the parties need not file both a Joint Unopposed Motion and a Stipulation. In the future, the parties need only submit a stipulation and proposed order, and the Court shall either grant or deny the stipulated request.