# EXHIBIT M

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel 415 229 8100
Fax 415 229 8199
www.cornerstone.com

July 7, 2008

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL 32819

**Re:**   Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

Dear Jeffrey:

Attached is our invoice number 34729 for professional fees and expenses incurred through June in connection with the above matter. Time details are included for the individuals involved. In this period we began our analyses of class issues.

Please let me know if you have any questions.

Sincerely,

Vandy M. Howell
Vice President

Enclosures

CC:   J. Kirk Quillian, Esq.
     Troutman Sanders LLP
     600 Peachtree Street, N.E.
     Suite 5200
     Atlanta, GA 30308

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

WRDC EXP000815

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

July 7, 2008
Invoice #34729
Acct #17010

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL 32819

Re:  Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

## INVOICE

*June 2008*

| | |
|---|---|
| Total Professional Fees | $ 2,065.00 |
| Total Expenses | $ 110.00 |
| **Total Professional Fees and Expenses** | **$ 2,175.00** |

### DUE AND PAYABLE UPON RECEIPT.

PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA  94111-3656

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

# CORNERSTONE RESEARCH

July 7, 2008
Invoice #34729
Acct #17010

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL  32819

Re:   Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

## INVOICE

*June 2008*

| | |
|---|---:|
| Total Professional Fees | $ 2,065.00 |
| Total Expenses | $ 110.00 |
| **Total Professional Fees and Expenses** | **$ 2,175.00** |

### DUE AND PAYABLE UPON RECEIPT.

PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA  94111-3656

*REMITTANCE COPY*

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

# CORNERSTONE RESEARCH

July 7, 2008
Invoice #34729
Acct# 17010

## *SUMMARY OF PROFESSIONAL FEES*

June 2008

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Keeley, Michael C. | 2.50 | $550.00 | $1,375.00 |
| Howell, Vandy | 1.50 | $460.00 | $690.00 |
| **Total Professional Fees** | | | **$2,065.00** |

## *SUMMARY OF EXPENSES*

June 2008

| | |
|---|---|
| Data and Document Management | $110.00 |
| **Total Expenses** | **$110.00** |

CONFIDENTIAL

WRDC EXP000818

# CORNERSTONE RESEARCH

## *Time Detail*

### *Michael C. Keeley*
### *Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 06/30/08 | Review case materials. Work with V. Howell. Phone call with attorneys. | 2.50 |
| | **Total Hours:** | **2.50** |

CONFIDENTIAL

# CORNERSTONE RESEARCH

*Time Detail*

*Vandy M. Howell*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 06/30/08 | Work on case issues. | 1.50 |
| | **Total Hours:** | **1.50** |

CONFIDENTIAL

WRDC EXP000820

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

August 12, 2008

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL  32819

Re:  Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

Dear Jeffrey:

Attached is our invoice number 35155 for professional fees and expenses incurred through July in connection with the above matter.  Time details are included for the individuals involved.  In this period we analyzed case materials and case issues.

Please let me know if you have any questions.

Sincerely,

Vandy M. Howell
Vice President

Enclosures

CC:    J. Kirk Quillian, Esq.
       Troutman Sanders LLP
       600 Peachtree Street, N.E.
       Suite 5200
       Atlanta, GA  30308

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

August 12, 2008
Invoice #35155
Acct #17010

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL  32819

Re:   Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

## INVOICE

*July 2008*

| | |
|---|---:|
| Total Professional Fees | $ 18,418.75 |
| Total Expenses | $ 1,701.95 |
| **Total Professional Fees and Expenses** | **$ 20,120.70** |

### DUE AND PAYABLE UPON RECEIPT.

PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA  94111-3656

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

# CORNERSTONE RESEARCH

August 12, 2008
Invoice #35155
Acct #17010

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL  32819

Re:  Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

## INVOICE

*July 2008*

| | |
|---|---|
| Total Professional Fees | $ 18,418.75 |
| Total Expenses | $ 1,701.95 |
| **Total Professional Fees and Expenses** | **$ 20,120.70** |

### DUE AND PAYABLE UPON RECEIPT.

PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA  94111-3656

*REMITTANCE COPY*

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

WRDC EXP000823

# CORNERSTONE RESEARCH

August 12, 2008
Invoice #35155
Acct# 17010

## SUMMARY OF PROFESSIONAL FEES

July 2008

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Keeley, Michael C. | 6.00 | $585.00 | $3,510.00 |
| Howell, Vandy | 8.50 | $490.00 | $4,165.00 |
| Saravia, Celeste | 25.25 | $395.00 | $9,973.75 |
| Jahani, Kosar | 3.50 | $220.00 | $770.00 |
| **Total Professional Fees** | | | **$18,418.75** |

## SUMMARY OF EXPENSES

July 2008

| | |
|---|---|
| Data and Document Management | $1,416.25 |
| Photocopies | $285.70 |
| **Total Expenses** | **$1,701.95** |

CONFIDENTIAL

# CORNERSTONE RESEARCH

### *Time Detail*

### *Michael C. Keeley*
**Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

| Date | Activity | Hours |
|------|----------|-------|
| 07/01/08 | Review case materials. | 1.00 |
| 07/07/08 | Work with team. Review and analyze case materials. | 1.00 |
| 07/08/08 | Review and analyze case materials. Work with team. Phone call with attorneys. | 4.00 |
| | **Total Hours:** | **6.00** |

CONFIDENTIAL

# CORNERSTONE RESEARCH

*Time Detail*

---

### Vandy M. Howell
**Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

| Date | Activity | Hours |
|------|----------|-------|
| 07/02/08 | Analyze case issues. | 1.00 |
| 07/03/08 | Develop case strategy. | 1.50 |
| 07/07/08 | Work with team on case issues. | 1.50 |
| 07/08/08 | Prepared for and attended client call. | 3.00 |
| 07/18/08 | Discussed case issues, analysis with team. | 1.00 |
| 07/24/08 | Case management. | 0.50 |
| | **Total Hours:** | 8.50 |

CONFIDENTIAL

# CORNERSTONE RESEARCH

*Time Detail*

*Celeste Saravia*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 07/03/08 | Reviewed case documents. | 3.25 |
| 07/07/08 | Reviewed and discussed documents. | 5.75 |
| 07/08/08 | Prepared for and attended client call. | 3.00 |
| 07/10/08 | Provided case overview. | 0.50 |
| 07/16/08 | Reviewed case documents. | 1.50 |
| 07/17/08 | Reviewed case documents. | 0.75 |
| 07/18/08 | Discussed case issues and reviewed case documents. | 3.25 |
| 07/31/08 | Reviewed case materials. | 7.25 |
| | **Total Hours:** | **25.25** |

WRDC EXP000827

# CORNERSTONE RESEARCH

*Time Detail*

---

## Kosar Jahani
### Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

| Date | Activity | Hours |
|------|----------|-------|
| 07/16/08 | Reviewed documents. | 2.00 |
| 07/17/08 | Reviewed pleadings. | 1.50 |
| | **Total Hours:** | **3.50** |

CONFIDENTIAL

WRDC EXP000828

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

September 10, 2008

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL  32819

Re:  Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

Dear Jeffrey:

Attached is our invoice number 35439 for professional fees and expenses incurred through August in connection with the above matter.  Time details are included for the individuals involved.  In this period we analyzed data and documents in support of the expert testimony of Michael Keeley.

Please let me know if you have any questions.

Sincerely,

Vandy M. Howell
Vice President

Enclosures

CC:   J. Kirk Quillian, Esq.
      Troutman Sanders LLP
      600 Peachtree Street, N.E.
      Suite 5200
      Atlanta, GA  30308

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

WRDC EXP000829

# CORNERSTONE RESEARCH

September 10, 2008
Invoice #35439
Acct #17010

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL  32819

Re:   Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

## INVOICE

*August 2008*

| | |
|---|---|
| Total Professional Fees | $ 26,566.25 |
| Total Expenses | $ 579.90 |
| **Total Professional Fees and Expenses** | **$ 27,146.15** |

### DUE AND PAYABLE UPON RECEIPT.

PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA  94111-3656

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

# CORNERSTONE RESEARCH

September 10, 2008
Invoice #35439
Acct #17010

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL  32819

Re:  Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

## INVOICE

*August 2008*

| | |
|---|---|
| Total Professional Fees | $ 26,566.25 |
| Total Expenses | $ 579.90 |
| **Total Professional Fees and Expenses** | **$ 27,146.15** |

## DUE AND PAYABLE UPON RECEIPT

PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA  94111-3656

## *REMITTANCE COPY*

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

# CORNERSTONE RESEARCH

September 10, 2008
Invoice #35439
Acct# 17010

## SUMMARY OF PROFESSIONAL FEES

August 2008

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Keeley, Michael C. | 4.00 | $585.00 | $2,340.00 |
| Howell, Vandy | 5.00 | $490.00 | $2,450.00 |
| Saravia, Celeste | 32.50 | $395.00 | $12,837.50 |
| Choraria, Rahul | 6.75 | $265.00 | $1,788.75 |
| Jahani, Kosar | 32.50 | $220.00 | $7,150.00 |
| **Total Professional Fees** | | | **$26,566.25** |

## SUMMARY OF EXPENSES

August 2008

| | |
|---|---|
| Data and Document Management | $498.75 |
| Photocopies | $81.15 |
| **Total Expenses** | **$579.90** |

CONFIDENTIAL

# CORNERSTONE RESEARCH

*Time Detail*

### Keeley, Michael C.
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 08/01/08 | Work with team.  Phone call with attorneys. | 2.00 |
| 08/04/08 | Review case materials. | 0.50 |
| 08/11/08 | Phone call with attorneys and team. | 1.50 |
| | **Total Hours:** | **4.00** |

CONFIDENTIAL

# CORNERSTONE RESEARCH

*Time Detail*

*Howell, Vandy*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 08/01/08 | Prepare for and attend client call. | 2.00 |
| 08/11/08 | Prepare for and attend client call. | 2.00 |
| 08/14/08 | Work on case issues. | 0.50 |
| 08/25/08 | Analysis of potential data with C. Saravia. | 0.50 |
| | **Total Hours:** | **5.00** |

CONFIDENTIAL

WRDC EXP000834

# CORNERSTONE RESEARCH

## *Time Detail*

### *Saravia, Celeste*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 08/01/08 | Reviewed case materials. Attended client call. | 3.75 |
| 08/05/08 | Reviewed case documents and data. | 1.25 |
| 08/06/08 | Reviewed case documents and data. | 5.50 |
| 08/07/08 | Reviewed case documents and data. | 8.75 |
| 08/08/08 | Reviewed case documents and data. | 3.00 |
| 08/11/08 | Attended client call. Discussed analyses and reviewed case materials. | 5.75 |
| 08/25/08 | Discussed case issues. | 0.50 |
| 08/26/08 | Reviewed materials in preparation for client call. | 3.25 |
| 08/27/08 | Prepared for and attended client call. | 0.75 |
| | **Total Hours:** | **32.50** |

WRDC EXP000835

# CORNERSTONE RESEARCH

## *Time Detail*

*Choraria, Rahul*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 08/13/08 | Analyzed SAS data. | 1.00 |
| 08/14/08 | Analyzed SAS data. | 0.75 |
| 08/19/08 | Reviewed analysis. | 1.00 |
| 08/21/08 | Reviewed analysis. | 1.00 |
| 08/25/08 | Checked analysis. | 2.50 |
| 08/26/08 | Checked analysis. | 0.50 |
| | **Total Hours:** | **6.75** |

WRDC EXP000836

# CORNERSTONE RESEARCH

*Time Detail*

*Jahani, Kosar*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 08/11/08 | Met with team. | 0.50 |
| 08/12/08 | Analyzed data. | 4.00 |
| 08/13/08 | Analyzed data. | 4.00 |
| 08/14/08 | Analyzed data. | 5.00 |
| 08/19/08 | Analyzed data. | 1.00 |
| 08/21/08 | Analyzed data. | 3.00 |
| 08/22/08 | Analyzed data. | 4.00 |
| 08/25/08 | Created exhibits.  Updated analyses. | 2.00 |
| 08/26/08 | Updated analyses.  Met with team. | 4.00 |
| 08/28/08 | Analyzed data. | 1.00 |
| 08/29/08 | Analyzed data.  Uploaded documents. | 4.00 |
| | **Total Hours:** | 32.50 |

WRDC EXP000837

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel 415 229 8100
Fax 415 229 8199
www.cornerstone.com

November 10, 2008

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL 32819

Re:  Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

Dear Jeffrey:

Attached is our invoice number 36033 for professional fees and expenses incurred through
October in connection with the above matter.  Time details are included for the individuals
involved.  In this period we conducted analysis in support of Mike Keeley's testimony.

Please let me know if you have any questions.

Sincerely,

Vandy M. Howell
Vice President

Enclosures

CC:   J. Kirk Quillian, Esq.
      Troutman Sanders LLP
      600 Peachtree Street, N.E.
      Suite 5200
      Atlanta, GA 30308

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

# CORNERSTONE RESEARCH

November 10, 2008
Invoice #36033
Acct #17010

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel 415 229 8100
Fax 415 229 8199
www.cornerstone.com

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL 32819

Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

## INVOICE

*October 2008*

| | |
|---|---|
| Total Professional Fees | $ 23,178.75 |
| Total Expenses | $ 0.75 |
| **Total Professional Fees and Expenses** | **$ 23,179.50** |

## DUE AND PAYABLE UPON RECEIPT.

### PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656

*REMITTANCE COPY*

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

CORNERSTONE RESEARCH

November 10, 2008
Invoice #36033
Acct# 17010

### SUMMARY OF PROFESSIONAL FEES

October 2008

| Name | Hours | Rate | Fees |
|------|------:|-----:|-----:|
| Keeley, Michael C. | 6.00 | $585.00 | $3,510.00 |
| Howell, Vandy | 2.50 | $490.00 | $1,225.00 |
| Saravia, Celeste | 16.25 | $395.00 | $6,418.75 |
| Lambert, Matthew | 12.00 | $310.00 | $3,720.00 |
| Jahani, Kosar | 37.75 | $220.00 | $8,305.00 |
| **Total Professional Fees** | | | **$23,178.75** |

### SUMMARY OF EXPENSES

October 2008

| | |
|------|-----:|
| Photocopies | $0.75 |
| **Total Expenses** | **$0.75** |

CONFIDENTIAL

WRDC EXP000840

# CORNERSTONE RESEARCH

*Time Detail*

### Keeley, Michael C.
### Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

| Date | Activity | Hours |
|------|----------|-------|
| 10/21/08 | Review case materials.  Travel to SF to work with team.  Return to MP. | 4.00 |
| 10/27/08 | Review case materials.  Work with team.  Phone call with attorneys. | 1.50 |
| 10/28/08 | Work with team.  Review case materials. | 0.50 |
| | **Total Hours:** | **6.00** |

CONFIDENTIAL

WRDC EXP000841

# CORNERSTONE RESEARCH

*Time Detail*

*Howell, Vandy*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 10/21/08 | Work on case issues. | 1.00 |
| 10/23/08 | Work on case issues. | 0.50 |
| 10/27/08 | Work on case issues. | 1.00 |
| | **Total Hours:** | 2.50 |

CONFIDENTIAL

WRDC EXP000842

# CORNERSTONE RESEARCH

*Time Detail*

*Saravia, Celeste*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 10/02/08 | Discussed team progress. | 1.00 |
| 10/08/08 | Reviewed analyses. | 0.50 |
| 10/09/08 | Reviewed analyses. | 0.50 |
| 10/16/08 | Reviewed analyses. | 2.00 |
| 10/17/08 | Reviewed analyses. | 2.50 |
| 10/18/08 | Reviewed team work. | 0.50 |
| 10/20/08 | Reviewed analyses and met with team. | 2.25 |
| 10/21/08 | Reviewed analyses.  Attended team meeting. | 3.25 |
| 10/26/08 | Reviewed analyses. | 1.75 |
| 10/27/08 | Prepared for and attended client call. | 1.75 |
| 10/28/08 | Discussed work plan. | 0.25 |
| | **Total Hours:** | **16.25** |

CONFIDENTIAL

# CORNERSTONE RESEARCH

*Time Detail*

---

*Lambert, Matthew*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 10/02/08 | Reviewed data and SAS programs. Prepared for and attended team meeting. | 1.00 |
| 10/06/08 | Prepared for and met with team. Reviewed data and SAS programs. | 1.50 |
| 10/08/08 | Prepared for and met with team. Reviewed data and prepared summaries. | 2.00 |
| 10/13/08 | Prepared for and attended team meeting. | 0.50 |
| 10/18/08 | Reviewed data and prepared preliminary summary of findings. Prepared for and met with team. | 2.00 |
| 10/21/08 | Prepared for and attended team meeting. Reviewed data and prepared preliminary summary of findings. | 5.00 |
| | **Total Hours:** | **12.00** |

WRDC EXP000844

# CORNERSTONE RESEARCH

*Time Detail*

---

### Jahani, Kosar
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 10/02/08 | Analyzed data. | 2.00 |
| 10/03/08 | Analyzed data. | 3.00 |
| 10/05/08 | Reviewed documents. | 0.75 |
| 10/06/08 | Analyzed data. | 12.00 |
| 10/07/08 | Analyzed data. | 3.00 |
| 10/09/08 | Met with team. Checked analyses. | 1.00 |
| 10/12/08 | Reviewed documents. | 0.50 |
| 10/13/08 | Edited analyses. | 2.00 |
| 10/18/08 | Updated analyses. | 2.00 |
| 10/20/08 | Updated analyses. Prepared analyses. Met with team. | 6.00 |
| 10/21/08 | Met with team. Prepared analyses. | 5.00 |
| 10/31/08 | Reviewed documents. | 0.50 |
| | **Total Hours:** | **37.75** |

WRDC EXP000845

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel 415 229 8100
Fax 415 229 8199
www.cornerstone.com

October 6, 2008

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL 32819

**Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

Dear Jeffrey:

Attached is our invoice number 35668 for professional fees and expenses incurred through September in connection with the above matter. Time details are included for the individuals involved. In this period we continued analysis in support of the expert testimony of Mike Keeley.

Please let me know if you have any questions.

Sincerely,

Vandy M. Howell
Vice President

Enclosures

CC: J. Kirk Quillian, Esq.
Troutman Sanders LLP
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA 30308

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel 415 229 8100
Fax 415 229 8199
www.cornerstone.com

October 6, 2008
Invoice #35668
Acct #17010

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL 32819

**Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

## INVOICE

*September 2008*

| | |
|---|---|
| Total Professional Fees | $ 13,350.00 |
| Total Expenses | $ 86.25 |
| **Total Professional Fees and Expenses** | **$ 13,436.25** |

### DUE AND PAYABLE UPON RECEIPT.

### PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

# CORNERSTONE RESEARCH

October 6, 2008
Invoice #35668
Acct #17010

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL  32819

Re:   Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

## INVOICE

*September 2008*

| | |
|---|---|
| Total Professional Fees | $ 13,350.00 |
| Total Expenses | $ 86.25 |
| **Total Professional Fees and Expenses** | **$ 13,436.25** |

### DUE AND PAYABLE UPON RECEIPT.

PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA  94111-3656

*REMITTANCE COPY*

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

WRDC EXP000848

# CORNERSTONE RESEARCH

October 6, 2008
Invoice #35668
Acct# 17010

### SUMMARY OF PROFESSIONAL FEES

September 2008

| Name | Hours | Rate | Fees |
|------|------:|-----:|-----:|
| Howell, Vandy | 0.50 | $490.00 | $245.00 |
| Saravia, Celeste | 5.50 | $395.00 | $2,172.50 |
| Lambert, Matthew | 9.00 | $310.00 | $2,790.00 |
| Choraria, Rahul | 2.50 | $265.00 | $662.50 |
| Jahani, Kosar | 34.00 | $220.00 | $7,480.00 |
| **Total Professional Fees** | | | **$13,350.00** |

### SUMMARY OF EXPENSES

September 2008

| | |
|------|-----:|
| Data and Document Management | $86.25 |
| **Total Expenses** | **$86.25** |

CONFIDENTIAL

WRDC EXP000849

# CORNERSTONE RESEARCH

*Time Detail*

**Howell, Vandy**
**Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

| Date | Activity | Hours |
|------|----------|-------|
| 09/17/08 | Work on case issues. | 0.50 |
| | **Total Hours:** | **0.50** |

CONFIDENTIAL

WRDC EXP000850

# CORNERSTONE RESEARCH

## *Time Detail*

### *Saravia, Celeste*
### *Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 09/08/08 | Discussed team progress and reviewed analyses. | 0.75 |
| 09/11/08 | Discussed team progress. | 0.50 |
| 09/15/08 | Reviewed case materials. | 0.75 |
| 09/17/08 | Discussed ongoing analyses with team. | 1.75 |
| 09/23/08 | Met with team. Reviewed work product. | 1.00 |
| 09/24/08 | Met with team reviewed work product. | 0.75 |
| | **Total Hours:** | **5.50** |

CONFIDENTIAL

# CORNERSTONE RESEARCH

### *Time Detail*

### *Lambert, Matthew*
### *Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 09/15/08 | Prepared for and met with team. | 1.00 |
| 09/17/08 | Prepared for and attended team meeting. | 1.00 |
| 09/19/08 | Reviewed case background materials and legal pleadings. | 2.00 |
| 09/22/08 | Reviewed websites and gathered data. | 1.50 |
| 09/23/08 | Prepared for and met with team. | 0.50 |
| 09/24/08 | Prepared for and met with team. | 0.50 |
| 09/25/08 | Reviewed data and SAS programs. | 1.50 |
| 09/28/08 | Reviewed websites and gathered data.  Summarized results. | 1.00 |
| | **Total Hours:** | **9.00** |

WRDC EXP000852

# CORNERSTONE RESEARCH

### *Time Detail*

### *Choraria, Rahul*
### *Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 09/03/08 | Checked analysis and SAS code. | 1.00 |
| 09/04/08 | Checked Analysis and SAS code. | 1.00 |
| 09/05/08 | Checked Analysis and SAS code. | 0.50 |
| | **Total Hours:** | **2.50** |

CONFIDENTIAL

WRDC EXP000853

# CORNERSTONE RESEARCH

*Time Detail*

*Jahani, Kosar*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 09/02/08 | Analyzed data. | 3.50 |
| 09/03/08 | Analyzed data. | 0.50 |
| 09/04/08 | Analyzed data. | 1.00 |
| 09/05/08 | Analyzed data. | 5.00 |
| 09/08/08 | Analyzed data. | 3.00 |
| 09/10/08 | Analyzed data. | 1.00 |
| 09/11/08 | Analyzed data. | 4.50 |
| 09/12/08 | Analyzed data.  Conducted research. | 2.00 |
| 09/17/08 | Prepared analyses.  Met with team. | 1.50 |
| 09/24/08 | Met with team.  Updated analyses.  Analyzed data. | 3.50 |
| 09/25/08 | Analyzed data.  Reviewed documents. | 3.50 |
| 09/26/08 | Analyzed data. | 3.50 |
| 09/28/08 | Analyzed data. | 1.50 |
| | **Total Hours:** | **34.00** |

CONFIDENTIAL

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel 415 229 8100
Fax 415 229 8199
www.cornerstone.com

December 3, 2008

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL 32819

Re:  Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

Dear Jeffrey:

Attached is our invoice number 36196 for professional fees and expenses incurred through November in connection with the above matter. Time details are included for the individuals involved. In this period we worked on the expert report of Michael Keeley.

Please let me know if you have any questions.

Sincerely,

Vandy M. Howell
Vice President

Enclosures

CC:  J. Kirk Quillian, Esq.
Troutman Sanders LLP
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA 30308

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor.
San Francisco, CA 94111-3656
Tel 415 229 8100
Fax 415 229 8199
www.cornerstone.com

December 3, 2008
Invoice #36196
Acct #17010

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL 32819

Re:   Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

## INVOICE

*November 2008*

| | |
|---|---|
| Total Professional Fees | $ 6,466.25 |
| Total Expenses | $ 763.90 |
| **Total Professional Fees and Expenses** | **$ 7,230.15** |

### DUE AND PAYABLE UPON RECEIPT.

PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

# CORNERSTONE RESEARCH

December 3, 2008
Invoice #36196
Acct #17010

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL  32819

Re:   Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

## INVOICE

*November 2008*

| | |
|---|---|
| Total Professional Fees | $ 6,466.25 |
| Total Expenses | $ 763.90 |
| **Total Professional Fees and Expenses** | **$ 7,230.15** |

### DUE AND PAYABLE UPON RECEIPT.

### PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA  94111-3656

### *REMITTANCE COPY*

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

# CORNERSTONE RESEARCH

December 3, 2008
Invoice #36196
Acct# 17010

## SUMMARY OF PROFESSIONAL FEES

November 2008

| Name | Hours | Rate | Fees |
|------|------:|-----:|-----:|
| Keeley, Michael C. | 1.50 | $585.00 | $877.50 |
| Howell, Vandy | 0.50 | $490.00 | $245.00 |
| Saravia, Celeste | 13.25 | $395.00 | $5,233.75 |
| Jahani, Kosar | 0.50 | $220.00 | $110.00 |
| **Total Professional Fees** | | | **$6,466.25** |

## SUMMARY OF EXPENSES

November 2008

| | |
|---|---:|
| Data and Document Management | $737.50 |
| Photocopies | $26.40 |
| **Total Expenses** | **$763.90** |

CONFIDENTIAL

WRDC EXP000858

# CORNERSTONE RESEARCH

*Time Detail*

**Keeley, Michael C.**
**Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

| Date | Activity | Hours |
|------|----------|-------|
| 11/21/08 | Review case materials.  Work with team. | 1.00 |
| 11/24/08 | Work with team.  Review case materials. | 0.50 |
| | **Total Hours:** | **1.50** |

CONFIDENTIAL

WRDC EXP000859

# CORNERSTONE RESEARCH

## *Time Detail*

### *Howell, Vandy*
### *Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 11/21/08 | Work on case issues. | 0.50 |
| | **Total Hours:** | **0.50** |

CONFIDENTIAL

WRDC EXP000860

# CORNERSTONE RESEARCH

*Time Detail*

---

*Saravia, Celeste*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 11/21/08 | Attended client call.  Reviewed case documents. | 0.75 |
| 11/24/08 | Reviewed case materials. | 1.50 |
| 11/25/08 | Organized analyses. | 0.50 |
| 11/26/08 | Organized analyses. | 0.25 |
| 11/29/08 | Reviewed case materials. | 5.50 |
| 11/30/08 | Reviewed case materials. | 4.75 |
| | **Total Hours:** | **13.25** |

CONFIDENTIAL

# CORNERSTONE RESEARCH

*Time Detail*

*Jahani, Kosar*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 11/13/08 | Reviewed documents. | 0.50 |
| | **Total Hours:** | **0.50** |

CONFIDENTIAL

WRDC EXP000862

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel. 415 229 8100
Fax 415 229 8199
www.cornerstone.com

February 12, 2009

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL 32819

Re: **Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

Dear Jeffrey:

Attached is our invoice number 36899 for professional fees and expenses incurred through January in connection with the above matter. Time details are included for the individuals involved. In this period we conducted analysis in support of opinions of Mike Keeley.

Please let me know if you have any questions.

Sincerely,

Vandy M. Howell
Vice President

Enclosures

CC:    J. Kirk Quillian, Esq.
       Troutman Sanders LLP
       600 Peachtree Street, N.E.
       Suite 5200
       Atlanta, GA 30308

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel 415 229 8100
Fax 415 229 8199
www.cornerstone.com

February 12, 2009
Invoice #36899
Acct #17010

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL 32819

Re:   Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

## INVOICE

*January 2009*

| | |
|---|---|
| Total Professional Fees | $ 26,408.75 |
| Total Expenses | $ 642.68 |
| **Total Professional Fees and Expenses** | **$ 27,051.43** |

### DUE AND PAYABLE UPON RECEIPT.

PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA  94111-3656

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

# CORNERSTONE RESEARCH

February 12, 2009
Invoice #36899
Acct #17010

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel 415 229 8100
Fax 415 229 8199
www.cornerstone.com

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL 32819

**Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

## INVOICE

*January 2009*

| | |
|---|---:|
| Total Professional Fees | $ 26,408.75 |
| Total Expenses | $ 642.68 |
| **Total Professional Fees and Expenses** | **$ 27,051.43** |

### DUE AND PAYABLE UPON RECEIPT.

PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656

*REMITTANCE COPY*

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

WRDC EXP000865

# CORNERSTONE RESEARCH

February 12, 2009
Invoice #36899
Acct# 17010

## SUMMARY OF PROFESSIONAL FEES

January 2009

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Howell, Vandy | 0.50 | $490.00 | $245.00 |
| Saravia, Celeste | 23.50 | $395.00 | $9,282.50 |
| Choraria, Rahul | 37.25 | $265.00 | $9,871.25 |
| Jahani, Kosar | 9.50 | $220.00 | $2,090.00 |
| Zhao, Kai | 24.00 | $205.00 | $4,920.00 |
| **Total Professional Fees** | | | **$26,408.75** |

## SUMMARY OF EXPENSES

January 2009

| | |
|---|---|
| Data and Document Management | $396.25 |
| Photocopies | $188.75 |
| Federal Express | $57.68 |
| **Total Expenses** | **$642.68** |

CONFIDENTIAL

WRDC EXP000866

# CORNERSTONE RESEARCH

*Time Detail*

*Howell, Vandy*
**Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

| Date | Activity | Hours |
|------|----------|-------|
| 01/13/09 | Work on case issues. | 0.50 |
| | **Total Hours:** | **0.50** |

CONFIDENTIAL

WRDC EXP000867

# CORNERSTONE RESEARCH

*Time Detail*

*Saravia, Celeste*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 01/06/09 | Reviewed case materials. | 0.75 |
| 01/08/09 | Reviewed case materials. | 0.75 |
| 01/13/09 | Reviewed case materials. | 3.00 |
| 01/14/09 | Worked with team. | 0.75 |
| 01/20/09 | Reviewed analyses and data. | 1.50 |
| 01/21/09 | Reviewed analyses and data. | 2.25 |
| 01/26/09 | Reviewed Wyndham data and met with team. | 4.00 |
| 01/27/09 | Reviewed Wyndham data and met with team. | 7.50 |
| 01/28/09 | Organized analyses. | 0.75 |
| 01/29/09 | Met with team. Reviewed case materials. | 2.25 |
| | **Total Hours:** | **23.50** |

# CORNERSTONE RESEARCH

## *Time Detail*

### *Choraria, Rahul*
### *Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 01/12/09 | Reviewed complaint and other documents. | 2.00 |
| 01/13/09 | Attended team meeting, reviewed documents, and analyzed data. | 4.00 |
| 01/14/09 | Analyzed utilization data. | 5.50 |
| 01/20/09 | Analyzed utilization data. | 3.00 |
| 01/21/09 | Attended team meeting and analyzed utilization data. | 2.75 |
| 01/24/09 | Created charts with resort utilization data. | 3.50 |
| 01/26/09 | Attended team meeting and follow-up. | 2.00 |
| 01/27/09 | Analyzed occupancy data. | 4.50 |
| 01/28/09 | Analyzed occupancy data for charts. | 6.00 |
| 01/29/09 | Updated charts. | 1.00 |
| 01/30/09 | Analyzing resort credit data. | 3.00 |
| | **Total Hours:** | 37.25 |

CONFIDENTIAL

# CORNERSTONE RESEARCH

*Time Detail*

*Jahani, Kosar*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 01/15/09 | Analyzed data. | 3.50 |
| 01/19/09 | Analyzed data. | 2.50 |
| 01/26/09 | Met with team. | 1.00 |
| 01/27/09 | Analyzed data. | 1.00 |
| 01/28/09 | Analyzed data. | 1.50 |
| | **Total Hours:** | **9.50** |

CONFIDENTIAL

# CORNERSTONE RESEARCH

## *Time Detail*

### *Zhao, Kai*
### *Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 01/26/09 | Reviewed case materials. Prepared for and attended team meeting. | 3.00 |
| 01/27/09 | Analyzed data. | 4.00 |
| 01/28/09 | Analyzed data. | 3.50 |
| 01/29/09 | Analyzed data. | 9.50 |
| 01/30/09 | Analyzed data. | 4.00 |
| | **Total Hours:** | **24.00** |

CONFIDENTIAL

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

January 15, 2009

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL  32819

    Re:   Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

Dear Jeffrey:

Attached is our invoice number 36696 for professional fees and expenses incurred through December in connection with the above matter.  Time details are included for the individuals involved.  In this period we conducted analysis for the report of Michael Keeley, including meeting with counsel.

Please let me know if you have any questions.

Sincerely,

Vandy M. Howell
Vice President

Enclosures

CC:    J. Kirk Quillian, Esq.
        Troutman Sanders LLP
        600 Peachtree Street, N.E.
        Suite 5200
        Atlanta, GA  30308

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

WRDC EXP000872

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel 415 229 8100
Fax 415 229 8199
www.cornerstone.com

January 15, 2009
Invoice #36696
Acct #17010

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL 32819

**Re:  Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

## INVOICE

*December 2008*

| | |
|---|---|
| Total Professional Fees | $ 21,157.50 |
| Total Expenses | $ 1,195.22 |
| **Total Professional Fees and Expenses** | **$ 22,352.72** |

### DUE AND PAYABLE UPON RECEIPT.

PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

# CORNERSTONE RESEARCH

January 15, 2009
Invoice #36696
Acct #17010

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL  32819

Re:   Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

## INVOICE

*December 2008*

| | |
|---|---|
| Total Professional Fees | $ 21,157.50 |
| Total Expenses | $ 1,195.22 |
| **Total Professional Fees and Expenses** | **$ 22,352.72** |

### DUE AND PAYABLE UPON RECEIPT.

PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA  94111-3656

### *REMITTANCE COPY*

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

# CORNERSTONE RESEARCH

January 15, 2009
Invoice #36696
Acct# 17010

### SUMMARY OF PROFESSIONAL FEES

December 2008

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Keeley, Michael C. | 19.50 | $585.00 | $11,407.50 |
| Howell, Vandy | 7.00 | $490.00 | $3,430.00 |
| Saravia, Celeste | 16.00 | $395.00 | $6,320.00 |
| **Total Professional Fees** | | | **$21,157.50** |

### SUMMARY OF EXPENSES

December 2008

| | |
|------|------|
| Data and Document Management | $611.25 |
| Photocopies | $386.00 |
| Federal Express | $45.30 |
| Meals | $81.72 |
| Travel | $70.95 |
| **Total Expenses** | **$1,195.22** |

WRDC EXP000875

# CORNERSTONE RESEARCH

*Time Detail*

***Keeley, Michael C.***
***Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.***

| Date | Activity | | | Hours |
|------|----------|---|---|-------|
| 12/01/08 | Review case materials. Work with team. | | | 3.00 |
| 12/02/08 | Review case materials. Work on report. | | | 3.00 |
| 12/03/08 | Review case materials. Work with team. | Work on report. | | 5.00 |
| 12/04/08 | Review case materials. Work with team. Meet with attorneys and team. | | | 8.00 |
| 12/05/08 | Review case materials. | | | 0.50 |
| | | | **Total Hours:** | **19.50** |

CONFIDENTIAL

WRDC EXP000876

# CORNERSTONE RESEARCH

*Time Detail*

---

*Howell, Vandy*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 12/01/08 | Work on case issues. | 1.00 |
| 12/02/08 | Work on case issues. | 0.50 |
| 12/03/08 | Work on case issues. | 1.00 |
| 12/04/08 | Work on case issues. | 4.00 |
| 12/17/08 | Work on case issues. | 0.50 |
| | **Total Hours:** | **7.00** |

CONFIDENTIAL

# CORNERSTONE RESEARCH

*Time Detail*

---

### Saravia, Celeste
### Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

| Date | Activity | | Hours |
|------|----------|---|-------|
| 12/01/08 | Work with team.  Review case materials. | | 3.50 |
| 12/02/08 | Reviewed case documents. | | 0.75 |
| 12/03/08 | Attended expert meeting.  Prepared for client meeting. | | 2.00 |
| 12/04/08 | Prepared for and attended a client meeting. | | 6.00 |
| 12/09/08 | Reviewed case materials. | | 1.75 |
| 12/29/08 | Prepared for and attended client call. | | 2.00 |
| | | **Total Hours:** | **16.00** |

WRDC EXP000878

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

March 16, 2009

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL 32819

   Re:   **Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

Dear Jeffrey:

Attached is our invoice number 37273 for professional fees and expenses incurred through February in connection with the above matter.  Time details are included for the individuals involved.

In this period we conducted analysis and aided in the creation of M. Keeley's expert report.

Please let me know if you have any questions.

Sincerely,

Vandy M. Howell
Vice President

Enclosures

CC:   J. Kirk Quillian, Esq.
       Troutman Sanders LLP
       600 Peachtree Street, N.E.
       Suite 5200
       Atlanta, GA  30308

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

March 16, 2009
Invoice #37273
Acct #17010

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL  32819

Re:  Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

## INVOICE

*February 2009*

| | |
|---|---|
| Total Professional Fees | $ 73,431.25 |
| Total Expenses | $ 1,154.16 |
| **Total Professional Fees and Expenses** | **$ 74,585.41** |

### DUE AND PAYABLE UPON RECEIPT.

PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA  94111-3656

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

WRDC EXP000880

# CORNERSTONE RESEARCH

March 16, 2009
Invoice #37273
Acct #17010

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel 415 229 8100
Fax 415 229 8199
www.cornerstone.com

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL 32819

**Re:  Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

## INVOICE

*February 2009*

| | |
|---|---|
| Total Professional Fees | $ 73,431.25 |
| Total Expenses | $ 1,154.16 |
| **Total Professional Fees and Expenses** | **$ 74,585.41** |

### DUE AND PAYABLE UPON RECEIPT.

PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656

*REMITTANCE COPY*

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

WRDC EXP000881

# CORNERSTONE RESEARCH

March 16, 2009
Invoice #37273
Acct# 17010

## SUMMARY OF PROFESSIONAL FEES

February 2009

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Keeley, Michael C. | 5.50 | $585.00 | $3,217.50 |
| Howell, Vandy | 23.50 | $490.00 | $11,515.00 |
| Saravia, Celeste | 95.25 | $395.00 | $37,623.75 |
| Choraria, Rahul | 33.50 | $265.00 | $8,877.50 |
| Zhao, Kai | 59.50 | $205.00 | $12,197.50 |
| **Total Professional Fees** | | | **$73,431.25** |

## SUMMARY OF EXPENSES

February 2009

| | |
|---|---|
| Data and Document Management | $588.75 |
| Data Acquisition - Information Specialists | $500.00 |
| Photocopies | $18.00 |
| Meals | $47.41 |
| **Total Expenses** | **$1,154.16** |

CONFIDENTIAL

WRDC EXP000882

# CORNERSTONE RESEARCH

*Time Detail*

*Keeley, Michael C.*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 02/03/09 | Review case materials.  Work with team.  Work with team on analysis of data. | 4.50 |
| 02/17/09 | Review case materials.  Work with team. | 1.00 |
| | **Total Hours:** | **5.50** |

# CORNERSTONE RESEARCH

*Time Detail*

**Howell, Vandy**
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|------:|
| 02/02/09 | Work on case issues. | 0.50 |
| 02/07/09 | Work on case issues. | 0.50 |
| 02/09/09 | Work on case issues. | 0.50 |
| 02/12/09 | Work on case issues, review expert report. | 3.00 |
| 02/13/09 | Work on case issues, review expert report. | 6.00 |
| 02/18/09 | Worked on case issues. | 0.50 |
| 02/23/09 | Reviewed Keeley expert report. | 3.50 |
| 02/24/09 | Reviewed Keeley expert report. | 2.00 |
| 02/26/09 | Reviewed Keeley expert report. | 3.00 |
| 02/27/09 | Reviewed Keeley expert report. | 1.00 |
| 02/28/09 | Reviewed Keeley expert report. | 3.00 |
| | **Total Hours:** | **23.50** |

WRDC EXP000884

# CORNERSTONE RESEARCH

## *Time Detail*

### *Saravia, Celeste*
### *Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 02/02/09 | Reviewed data and prepared for expert meeting. | 8.25 |
| 02/03/09 | Attended team meeting. | 3.25 |
| 02/05/09 | Attended client call and organized case materials. | 2.25 |
| 02/09/09 | Reviewed documents. | 2.75 |
| 02/10/09 | Reviewed data and documents. | 8.50 |
| 02/11/09 | Reviewed Keeley draft report. | 5.50 |
| 02/12/09 | Reviewed documents. | 1.25 |
| 02/13/09 | Discussed and reviewed analyses. | 0.50 |
| 02/16/09 | Analyzed case issues and WorldMark documents. | 8.00 |
| 02/17/09 | Analyzed case issues and WorldMark documents. | 5.25 |
| 02/18/09 | Analyzed case issues and WorldMark documents. | 6.75 |
| 02/19/09 | Analyzed case issues and WorldMark documents. Reviewed Plaintiffs deposition. | 7.75 |
| 02/20/09 | Analyzed case issues and WorldMark documents. | 5.50 |
| 02/21/09 | Reviewed case materials and plaintiffs deposition. | 12.50 |
| 02/23/09 | Reviewed case materials and Wyndham data. | 6.00 |
| 02/24/09 | Reviewed case materials and Wyndham data. Reviewed draft report. | 8.25 |
| 02/25/09 | Reviewed draft Keeley report. Analyzed case issues. | 3.00 |
| | **Total Hours:** | **95.25** |

WRDC-EXP000885

# CORNERSTONE RESEARCH

*Time Detail*

**Choraria, Rahul**
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 02/02/09 | Analyzed data and created exhibits for expert meeting. | 6.50 |
| 02/03/09 | Attended expert meeting and follow-up. | 3.00 |
| 02/12/09 | Reviewed documents. | 3.50 |
| 02/13/09 | Reviewed documents. | 3.00 |
| 02/23/09 | Analyzed data. | 6.00 |
| 02/24/09 | Attended team meeting and analyzed data for extra credit cost. | 4.00 |
| 02/25/09 | Analyzed data for proposed class members. | 3.50 |
| 02/26/09 | Analyzed data for new resorts. | 4.00 |
| | **Total Hours:** | 33.50 |

WRDC EXP000886

# CORNERSTONE RESEARCH

*Time Detail*

***Zhao, Kai***
***Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.***

| Date | Activity | Hours |
|------|----------|-------|
| 02/02/09 | Analyzed data. | 10.00 |
| 02/03/09 | Expert meeting. Formatted exhibits. | 4.00 |
| 02/06/09 | Prepared for and attended team meeting. Searched for literature. Analyzed data. | 3.00 |
| 02/09/09 | Prepared for and attended meeting. Searched for literature. | 1.50 |
| 02/10/09 | Searched for literature. Reviewed documents. | 4.75 |
| 02/11/09 | Analyzed data. | 7.50 |
| 02/12/09 | Analyzed data. | 0.50 |
| 02/13/09 | Analyzed data. | 2.75 |
| 02/17/09 | Analyzed data. | 7.25 |
| 02/23/09 | Analyzed data. | 3.00 |
| 02/24/09 | Analyzed data. | 7.00 |
| 02/25/09 | Analyzed data. | 7.50 |
| 02/26/09 | Checked analysis. | 0.50 |
| 02/27/09 | Loaded documents. | 0.25 |
| | **Total Hours:** | **59.50** |

CONFIDENTIAL

WRDC EXP000887

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

April 10, 2009

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL  32819

    **Re:   Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

Dear Jeffrey:

Attached is our invoice number 37516 for professional fees and expenses incurred through March in connection with the above matter.  In this period we conducted analysis and worked on the creation of Mike Keeley's expert report.  Time details are included for the individuals involved.

Please let me know if you have any questions.

Sincerely,

Vandy M. Howell
Vice President

Enclosures

CC:    J. Kirk Quillian, Esq.
        Troutman Sanders LLP
        600 Peachtree Street, N.E.
        Suite 5200
        Atlanta, GA  30308

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CONFIDENTIAL

WRDC EXP000888

# CORNERSTONE RESEARCH

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

April 10, 2009
Invoice #37516
Acct #17010

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL  32819

Re:   Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

## INVOICE

*March 2009*

| | |
|---|---|
| Total Professional Fees | $ 91,870.00 |
| Total Expenses | $ 6,098.00 |
| **Total Professional Fees and Expenses** | **$ 97,968.00** |

## DUE AND PAYABLE UPON RECEIPT.

### PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA  94111-3656

**Boston, MA**
**Los Angeles, CA**
**Menlo Park, CA**
**New York, NY**
**San Francisco, CA**
**Washington, DC**

CONFIDENTIAL

WRDC EXP000889

# CORNER TONE RESEARCH

April 10, 2009
Invoice #37516
Acct #17010

353 Sacramento Street, 23rd Floor
San Francisco, CA 94111-3656
Tel  415 229 8100
Fax  415 229 8199
www.cornerstone.com

Tax I.D. #94-3092543

Jeffrey R. Cohen, Esq.
Wyndham Vacation Ownership, Inc.
8427 SouthPark Circle
Orlando, FL  32819

Re:   Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.

## INVOICE

*March 2009*

| | |
|---|---|
| Total Professional Fees | $ 91,870.00 |
| Total Expenses | $ 6,098.00 |
| **Total Professional Fees and Expenses** | **$ 97,968.00** |

### DUE AND PAYABLE UPON RECEIPT.

PLEASE REMIT TO:

**Cornerstone Research, Inc.**
353 Sacramento Street, 23rd Floor
San Francisco, CA  94111-3656

*REMITTANCE COPY*

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

# CORNERSTONE RESEARCH

April 10, 2009
Invoice #37516
Acct# 17010

### *SUMMARY OF PROFESSIONAL FEES*

March 2009

| *Name* | *Hours* | *Rate* | *Fees* |
|--------|--------|--------|--------|
| Keeley, Michael C. | 65.00 | $585.00 | $38,025.00 |
| Howell, Vandy | 7.00 | $490.00 | $3,430.00 |
| Saravia, Celeste | 69.00 | $395.00 | $27,255.00 |
| Choraria, Rahul | 33.00 | $265.00 | $8,745.00 |
| Jahani, Kosar | 18.00 | $220.00 | $3,960.00 |
| Zhao, Kai | 51.00 | $205.00 | $10,455.00 |
| **Total Professional Fees** | | | **$91,870.00** |

### *SUMMARY OF EXPENSES*

March 2009

| | |
|--------|--------|
| Data and Document Management | $5,431.25 |
| Data Acquisition - Information Specialists | $210.00 |
| Data Acquisition | $20.30 |
| Photocopies | $316.35 |
| Federal Express | $37.35 |
| Meals | $12.25 |
| Travel | $70.50 |
| **Total Expenses** | **$6,098.00** |

CONFIDENTIAL

WRDC EXP000891

# CORNERSTONE RESEARCH

## *Time Detail*

### *Keeley, Michael C.*
### *Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 03/02/09 | Review case materials.  Work with team. | 1.00 |
| 03/04/09 | Work with team. | 0.50 |
| 03/09/09 | Review case materials.  Work on report. | 3.00 |
| 03/10/09 | Review case materials.  Work on report. | 3.50 |
| 03/11/09 | Review case materials.  Work on report.  Phone call with Wyndham executives. | 3.50 |
| 03/12/09 | Work on report.  Review case materials. | 2.50 |
| 03/13/09 | Review case materials.  Work with team. | 1.00 |
| 03/16/09 | Work on report.  Work with team.  Review case materials. | 6.00 |
| 03/18/09 | Work on report.  Work with team.  Review case materials. | 8.00 |
| 03/19/09 | Review case materials.  Work with team.  Work on report. | 10.00 |
| 03/20/09 | Work on report.  Work with team.  Review case materials. | 8.00 |
| 03/23/09 | Work with team.  Phone calls with attorney.  Review case materials. | 3.00 |
| 03/24/09 | Work on expert report.  Review case materials.  Work with team. | 6.50 |
| 03/27/09 | Work on report and exhibits.  Phone call with attorneys.  Work with C. Saravia. | 8.00 |
| 03/30/09 | Work with team.  Review case materials. | 0.50 |
| | **Total Hours:** | **65.00** |

WRDC EXP000892

# CORNERSTONE RESEARCH

*Time Detail*

*Howell, Vandy*
*Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 03/02/09 | Work on expert report. | 1.00 |
| 03/04/09 | Work on case issues. | 0.50 |
| 03/13/09 | Work on case issues. | 0.50 |
| 03/17/09 | Review Lamb report. | 1.00 |
| 03/18/09 | Meetings with counsel and team re Lamb report and next steps. | 3.00 |
| 03/23/09 | Work on case issues. | 1.00 |
| | **Total Hours:** | **7.00** |

CONFIDENTIAL

WRDC EXP000893

# CORNERSTONE RESEARCH

## Time Detail

*Saravia, Celeste*
**Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

| Date | Activity | Hours |
|------|----------|-------|
| 03/02/09 | Reviewed draft report; worked with team. | 4.00 |
| 03/04/09 | Organized case materials; worked with team. | 0.50 |
| 03/09/09 | Organized case materials. | 0.75 |
| 03/11/09 | Prepared for and attended call with Wyndham executives. | 1.50 |
| 03/13/09 | Reviewed case materials. Worked with team. | 2.00 |
| 03/16/09 | Reviewed case materials. Worked with team. | 3.00 |
| 03/17/09 | Reviewed Dr. Lamb's expert report. | 1.75 |
| 03/18/09 | Prepared for and attended client call. Worked with team. | 2.00 |
| 03/19/09 | Analyzed Dr. Lamb's expert report. Worked with team. | 1.50 |
| 03/20/09 | Reviewed Keeley draft report and Wyndham data. Worked with team. | 3.50 |
| 03/21/09 | Reviewed Keeley draft report and Wyndham data. | 1.75 |
| 03/22/09 | Reviewed draft report and draft exhibits. | 7.75 |
| 03/23/09 | Analyzed case issues. Reviewed draft exhibits. Worked with team. | 7.75 |
| 03/24/09 | Analyzed case issues. Reviewed draft exhibits. Worked with team. | 8.75 |
| 03/25/09 | Analyzed case issues. Reviewed draft exhibits. | 3.75 |
| 03/26/09 | Analyzed case issues. Reviewed draft exhibits. | 3.00 |
| 03/27/09 | Prepared for and attended client call. Reviewed draft report. Worked with M. Keeley. | 6.75 |
| 03/29/09 | Reviewed expert report. | 0.50 |
| 03/30/09 | Reviewed documents. | 0.75 |
| 03/31/09 | Reviewed documents and data. | 7.75 |
| | **Total Hours:** | **69.00** |

CONFIDENTIAL

WRDC EXP000894

CORNERSTONE RESEARCH

*Time Detail*

**Choraria, Rahul**
**Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

| Date | Activity | Hours |
|------|----------|-------|
| 03/02/09 | Analyzed data, reviewed report, and created workplan for exhibits. | 4.00 |
| 03/03/09 | Reviewed report and created workplan for exhibits. | 4.00 |
| 03/16/09 | Reviewing analysis files. | 0.50 |
| 03/24/09 | Analyzed data for exhibits. | 3.50 |
| 03/25/09 | Analyzed data for exhibits. | 7.50 |
| 03/26/09 | Analyzed data for exhibits. | 6.00 |
| 03/27/09 | Analyzed data for exhibits. | 2.50 |
| 03/30/09 | Analyzed data for exhibits. | 5.00 |
| | **Total Hours:** | **33.00** |

WRDC EXP000895

# CORNER_.ONE RESEARCH

*Time Detail*

**Jahani, Kosar**
**Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.**

| Date | Activity | | Hours |
|------|----------|---|-------|
| 03/19/09 | Reviewed data and analyses. | | 3.00 |
| 03/26/09 | Analyzed data. | | 7.50 |
| 03/27/09 | Analyzed data. | | 1.50 |
| 03/30/09 | Analyzed data. | | 4.00 |
| 03/31/09 | Analyzed data. | | 2.00 |
| | | **Total Hours:** | **18.00** |

CONFIDENTIAL

WRDC EXP000896

# CORNERSTONE RESEARCH

## *Time Detail*

### *Zhao, Kai*
### *Re: Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*

| Date | Activity | Hours |
|------|----------|-------|
| 03/02/09 | Reviewed case materials | 3.00 |
| 03/16/09 | Reviewed case materials. | 0.50 |
| 03/19/09 | Reviewed case materials. | 0.25 |
| 03/23/09 | Reviewed case materials. | 0.75 |
| 03/24/09 | Analyzed data. | 10.00 |
| 03/25/09 | Analyzed data. | 8.50 |
| 03/26/09 | Analyzed data. | 8.00 |
| 03/27/09 | Analyzed data. | 5.50 |
| 03/30/09 | Analyzed data. | 7.50 |
| 03/31/09 | Analyzed data. | 7.00 |
| | **Total Hours:** | **51.00** |

CONFIDENTIAL

| | |
|---|---|
| **From:** | Saravia, Celeste |
| **To:** | Keeley, Mike; |
| **CC:** | |
| **Subject:** | FW: Lamb Dep. Exhibits (Part II) |
| **Date:** | Monday, May 04, 2009 12:18:21 PM |
| **Attachments:** | Document.pdf |
| | Document.pdf |

CONFIDENTIAL

WRDC EXP000898

| | |
|---|---|
| **From:** | Saravia, Celeste |
| **To:** | Keeley, Mike; |
| **CC:** | |
| **Subject:** | Lamb Deposition Exhibits (Part I) |
| **Date:** | Monday, May 04, 2009 12:18:10 PM |
| **Attachments:** | Document.pdf |
| | Document.pdf |

CONFIDENTIAL

WRDC EXP000899

| | |
|---|---|
| **From:** | Saravia, Celeste |
| **To:** | Keeley, Mike; |
| **CC:** | |
| **Subject:** | Wixon: Scott Grey Declaration |
| **Date:** | Monday, May 04, 2009 9:05:25 AM |
| **Attachments:** | Document.pdf |

CONFIDENTIAL

**From:**        Saravia, Celeste

**To:**          Keeley, Mike;

**CC:**

**Subject:**     Lamb final depo

**Date:**        Monday, May 04, 2009 8:45:18 AM

**Attachments:** lamb042909.txt
                 lamb042909.ptx

CONFIDENTIAL

WRDC EXP000901

| | |
|---|---|
| **From:** | Saravia, Celeste |
| **To:** | Keeley, Mike; |
| **CC:** | |
| **Subject:** | Lamb depo |
| **Date:** | Thursday, April 30, 2009 7:53:57 AM |
| **Attachments:** | 042909RL.txt |

CONFIDENTIAL

WRDC EXP000902