IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARKE AND REBECCA WIXON, et al.,

    Plaintiffs,

v.

TRENDWEST RESORTS INC, et al.,

    Defendants.

No. C 07-02361 JSW

**ORDER DENYING OBJECTION TO MAGISTRATE JUDGE'S ORDER DATED MAY 28, 2009**

On June 11, 2009, Defendant Wyndham Development Resort Corporation filed an objection to Magistrate Judge Zimmerman's Order dated May 28, 2009, denying its request to file a cross-motion for a protective order relating to Plaintiffs' motion to enforce a subpoena served on Cornerstone Research.

The Court has considered Wyndham's papers, relevant legal authority, and the record in this case, and finds that no response to the objection is necessary. Wyndham argues that Cornerstone may not fully represent its interests in responding to the motion to enforce. However, on June 10, 2009, Wyndham filed an opposition to the motion to enforce, and Wyndham offers no explanation as to why that opposition is not adequate to raise the issues it would seek to address in a cross-motion. Wyndham's objection is DENIED.

**IT IS SO ORDERED.**

Dated: June 12, 2009

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE