Jonathan K. Levine (State Bar No. 220289)
  jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
  ecp@girardgibbs.com
Todd I. Espinosa (State Bar No. 209591)
  tie@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Attorneys for Individual and Representative
Plaintiffs Clarke and Rebecca Wixon and
Norman and Barbara Wixon

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE and REBECCA WIXON and NORMAN and BARBARA WIXON, derivatively and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Wyndham Resort Development Corp. (f/k/a Trendwest Resorts, Inc.), Gene Hensley, David Herrick, John Henley, Peggy Fry, John McConnell and nominally, WorldMark, The Club,<br><br>Defendants. | Case No. C 07 2361 JSW (BZ)<br><br>[~~PROPOSED~~] ORDER RE:  FURTHER CASE MANAGEMENT CONFERENCE<br><br>**CLASS AND DERIVATIVE ACTION**<br><br>Further CMC Date:    June 26, 2009<br>Hearing Time:           1:45 p.m.<br>Before:                       Hon. Jeffrey S. White |

1  The Court, having reviewed and considered the Administrative Motion of Wyndham Resort
2  Development Corporation to continue the further case management conference date, from June 26,
3  2009 to August 14, 2009, the joinder in that motion filed by Director Defendants Gene Hensley,
4  David Herrick, John Henley, Peggy Fry and John McConnell, and the response filed by Plaintiffs
5  Clarke and Rebecca Wixon and Norman and Barbara Wixon,

6  HEREBY ORDERS AS FOLLOWS (check one):

7  ☐  ~~The further case management conference set for June 26, 2009 at 1:45 p.m. is maintained.~~

10  ☐  The further case management conference set for June 26, 2009 at ~~1:45~~ 1:30 p.m. is continued to July 31, 2009 at 1:30 p.m.

13  The parties shall file a joint case status conference statement one week prior to the conference. If any of the parties wishes to appear by telephone, they shall submit a request to the Court one week prior to the case management conference.

**IT IS SO ORDERED.**

Dated: June 17, 2009.

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE