IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE AND REBECCA WIXON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TRENDWEST RESORTS INC, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-02361 JSW<br><br>**ORDER RE MOTION TO ENFORCE** |

The Court has read and considered the parties' briefs in connection with Plaintiffs' Motion to Enforce Parties' Class Certification Discovery Stipulation and to Strike Evidence. The Court is unclear as to which specific documents are at issue, because Plaintiffs refer to documents bearing Bates Numbers WRDC 0323282-0324231, "documents cited as sources for Exhibits 1-17 of the Keeley Report," and documents referenced in the highlighted version of Appendix C to the Keeley Report, submitted with their reply brief.

The Court has a voluminous amount of materials to review in connection with the pending motions. Accordingly, Plaintiffs are HEREBY ORDERED to submit a list to the Court by no later than 10:00 a.m. June 22, 2009, of the specific documents and/or data set forth that Appendix that are at issue. Defendants, in turn, shall submit response to Plaintiffs' list identifying those documents and/or data that they contend were produced to Plaintiffs by February 16, 2009. Defendants' response shall be due by 4:00 p.m. on June 23, 2009.

//

//

The parties shall not include argument in these submissions, and there shall be no extensions of these deadlines.

**IT IS SO ORDERED.**

Dated: June 18, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE