IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARKE AND REBECCA WIXON, et al.,

    Plaintiffs,

v.

TRENDWEST RESORTS INC, et al.,

    Defendants.

No. 07-02361 JSW

**ORDER TO PRO TEM REPORTER TO PRODUCE COPY OF TRANSCRIPT**

On June 26, 2009, a hearing was held in the above-entitled action. Production of a copy of the transcript of that hearing for the court's Special Master, Edward M. Swanson, Esq., is necessary for the resolution of this matter. Accordingly, pro tem court reporter Margo Gurule is directed to deliver a copy of the transcript of this proceeding by emailing or mailing it to: Edward M. Swanson, Esq., Swanson, McNamara & Haller, LLP, 300 Montgomery Street, Suite 1100, San Francisco, CA, 94104 (eswanson@swansonmcnamara.com) on the following basis: a copy of transcript ($.90 per page). Therefore, the Clerk is directed to pay said reporter the cost of preparing the copy of the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: July 10, 2009

                                           JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE