IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARKE AND REBECCA WIXON, et al.,

    Plaintiffs,

v.

TRENDWEST RESORTS INC, et al.,

    Defendants.
_____/

No. 07-02361 JSW

**SECOND ORDER RE TRANSCRIPT**

On June 26, 2009, a hearing was held in the above-entitled action. Production of a copy of the transcript of that hearing for the court's Special Master, Edward M. Swanson, Esq., is necessary for the resolution of this matter. On July 10, 2009, the Court issued an order directing a copy to be produced, but it has come to the Court's attention that a different Court Reporter prepared the transcript. Accordingly, Kathy Wyatt shall prepare a copy of the transcript and serve it by mail or email upon: Edward M. Swanson, Esq., Swanson, McNamara & Haller, LLP, 300 Montgomery Street, Suite 1100, San Francisco, CA, 94104 (eswanson@swansonmcnamara.com). The parties are HEREBY ORDERED to share the cost of this copy.

**IT IS SO ORDERED.**

Dated: July 13, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE