SCHIFF HARDIN LLP
Stephen M. Hankins (CSB #154886)
Jeffrey V. Commisso (CSB #191267)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

TROUTMAN SANDERS LLP[1]
J. Kirk Quillian, Bar No. 591150
A. William Loeffler, Bar No. 755699
William M. Droze, Bar No. 231039
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone:   (404) 885-3000
Facsimile:    (404) 885-3900

Attorneys for Defendant
WYNDHAM RESORT DEVELOPMENT
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE and REBECCA WIXON and NORMAN and BARBARA WIXON, derivatively and on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVID HERRICK, JOHN HENLEY, PEGGY FRY, JOHN McCONNELL, and nominally, WORLDMARK, THE CLUB,<br><br>Defendants. | Case No.  C 07-02361 JSW<br><br>[PROPOSED]<br>ORDER SEALING ITEM NOS. 105-107, 112-114 AND 120  FROM PLAINTIFFS' LIST<br><br>CLASS AND DERIVATIVE ACTION<br><br>Judge: Hon. Jeffrey S. White |

---

[1] Admitted *pro hac vice*.

C 07-02361-JSW
[PROPOSED] ORDER

Defendant Wyndham Resort Development Corporation ("WRDC") has filed an Administrative Motion, asking the Court for leave to file under seal Item Nos. 105-107, 112-114 and 120 in Plaintiffs' List of Documents At Issue Filed Pursuant to the Court's June 18, 2009 Order (Dkt. No. 351) and in WRDC's Response to Plaintiffs' List of Documents Pursuant to Court's June 18, 2009 Order (Dkt. No. 354). The Court hereby GRANTS WRDC'S Motion and finds as follows:

~~Item Nos. 105-107, 112-114 and 120 contain detailed personal information regarding various owners of WorldMark, The Club ("WorldMark"), including without limitation owner names, addresses, account numbers, owner numbers, contract numbers and Vacation Credit purchase and sales information as well as information regarding reservations made by individual owners. WRDC has designated and treated each of these documents as "Confidential" under the Stipulated Protective Order entered on October 15, 2007 (Dkt. No. 37). The public disclosure of these documents would cause significant harm to WorldMark, WRDC and to the WorldMark owners whose personal information is contained in Item Nos. 105-107, 112-114 and 120. WRDC has taken extensive measures to protect the confidentiality of such information from disclosure to the general pub~~lic. Plaintiffs do not oppose WRDC's Motion. Based on WRDC's declaration, there is good cause to grant the request.

Accordingly, the Court holds that Item Nos. 105-107, 112-114 and 120 shall remain under seal.

**IT IS SO ORDERED.**

Dated July 17, 2009.

_____
HONORABLE JEFFREY S. WHITE

CH2\7488841.1

C 07-02361-JSW
[PROPOSED] ORDER

- 2 -