**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CLARKE AND REBECCA WIXON, et al.,

10              Plaintiffs,                       No. 07-02361 JSW

11    v.                                          **ORDER GRANTING DIRECTOR**
                                                  **DEFENDANTS'**
12    WYNDHAM RESORT DEVELOPMENT                   **ADMINISTRATIVE MOTION**
      CORP., et al.,                              **FOR LEAVE TO APPEAR BY**
13                                                **TELEPHONE**
                Defendants.
14
      _____/
15

16          The Court has received and considered the Director Defendants' Administrative Motion

17    to Permit Director Defendant John McConnell to appear by telephone at the case management

18    conference scheduled for August 28, 2009.  That request is GRANTED.  The Director

19    Defendants' counsel shall provide the Court with a landline at which Mr. McConnell may be

20    reached by no later than August 21, 2009.

21          Having considered the Director Defendants' motion, the Court has reconsidered its

22    position requiring the Plaintiffs and Defendants to appear in person at the case management

23    conference.  Accordingly, if the Plaintiffs, the Director Defendants, and the client

24    representatives of Wyndham and WorldMark are able to alter their travel arrangements and

25    wish to participate in the case management conference by telephone, they may do so without a

26    formal request to the Court.  However, in that event, counsel for the parties must provide the

27    Court with no more than two designated landlines at which the parties appearing by telephone

28    may be contacted.  The parties shall provide that information by no later than August 21, 2009.

1    All counsel must attend the case management conference and shall not be permitted to appear

2    by telephone.

3            **IT IS SO ORDERED.**

4

5    Dated: August 11, 2009

6            JEFFREY S. WHITE
        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2