```
 1  SCHIFF HARDIN LLP
    Stephen M. Hankins (CSB #154886)
 2  Jeffrey V. Commisso (CSB #191267)
    One Market, Spear Street Tower, 32nd Floor
 3  San Francisco, CA 94105
    Telephone:    (415) 901-8700
 4  Facsimile:    (415) 901-8701
 5  TROUTMAN SANDERS LLP[1]
    J. Kirk Quillian, Bar No. 591150
 6  A. William Loeffler, Bar No. 755699
    William M. Droze, Bar No. 231039
 7  5200 Bank of America Plaza
    600 Peachtree Street, N.E.
 8  Atlanta, GA 30308-2216
    Telephone:    (404) 885-3000
 9  Facsimile:    (404) 885-3900
10  Attorneys for Defendant
    WYNDHAM RESORT DEVELOPMENT
11  CORPORATION
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE and REBECCA WIXON and NORMAN and BARBARA WIXON, derivatively and on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVID HERRICK, JOHN HENLEY, PEGGY FRY, JOHN McCONNELL, and nominally, WORLDMARK, THE CLUB,<br><br>Defendants. | Case No. C 07-02361 JSW<br><br>[PROPOSED] ORDER GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Dkt. No. 386)<br><br>CLASS AND DERIVATIVE ACTION<br><br>Judge: Hon. Jeffrey S. White |

---

[1] Admitted *pro hac vice*.

Plaintiffs filed an Administrative Motion to File Under Seal Pursuant to Protective Order and Civil Local Rule 79-5(d): [1] Declaration of Elizabeth C. Pritzker in Support of Plaintiffs' Objection to Special Master's July 17, 2009 Report and Recommendation; and [2] Supplemental Declaration of Jonathan K. Levine in Further Support of Plaintiffs' Motion for Class Certification (Dkt. No. 386) ("Plaintiffs' Motion to Seal"). Defendant Wyndham Resort Development Corporation ("WRDC") has filed a Declaration of Alan S. Litwack ("Litwack Declaration") in response to Plaintiffs' Motion to Seal. The Court having considered the parties' submissions, and for other good cause shown, hereby GRANTS in part Plaintiffs' Motion to Seal, finding as follows:

WRDC has withdrawn the confidentiality designation as to Exhibits A, B, C, and D to the Declaration of Elizabeth C. Pritzker in Support of Plaintiffs' Objection to Special Master's July 17, 2009 Report and Recommendation (Dkt. No. 388) and as to Exhibits 2 and 3 to the Supplemental Declaration of Jonathan K. Levine in Further Support of Plaintiffs' Motion for Class Certification (Dkt. No. 390) ("Levine Declaration"); therefore, those documents may be filed in open court. Plaintiffs shall file the documents in the public record by August 14, 2009.

Exhibit 1 to the Levine Declaration contains confidential, proprietary, and commercially sensitive information, which WRDC has protected from public disclosure and which, if disclosed publically, could harm WRDC's competitive and financial position. Accordingly, the Court holds that Exhibit 1 to the Levine Declaration shall remain under seal.

**IT IS SO ORDERED.**

Dated August 11, 2009.

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE