IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARKE AND REBECCA WIXON, et al.,

    Plaintiffs,

v.

TRENDWEST RESORTS INC, et al.,

    Defendants.

No. C 07-02361 JSW

**ORDER DISCHARGING TO SHOW CAUSE RE THIRD AMENDED COMPLAINT**

The Court has received the parties' response to the Order to Show Cause re the Third Amended Complaint. The Order to Show Cause is discharged.

**IT IS SO ORDERED.**

Dated: September 14, 2009

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE