Jonathan K. Levine (State Bar No. 220289)
 jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
 ecp@girardgibbs.com
Todd I. Espinosa (State Bar No. 209591)
 tie@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiffs Clarke and Rebecca Wixon and
Norman and Barbara Wixon

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Clarke and Rebecca Wixon and Norman and Barbara Wixon, derivatively and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Wyndham Resort Development Corp. (f/k/a Trendwest Resorts, Inc.), Gene Hensley, David Herrick, John Henley, Peggy Fry and John McConnell, and nominally, WorldMark, The Club,<br><br>Defendants. | Case No. C 07-02361 JSW (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE STATEMENT OF EXPENSES AND OBJECTIONS**<br><br>**CLASS AND DERIVATIVE ACTION** |

WHEREAS the parties currently have scheduled a mediation session before the Honorable William J. Cahill (Ret.) of JAMS for November 11, 2009, pending orders on the motions for class certification and regarding Plaintiffs' adequacy as Rule 23.1 representatives; and

WHEREAS Plaintiffs Clarke and Rebecca Wixon and Norman and Barbara Wixon (collectively, "Plaintiffs") and Defendant Wyndham Resort Development Corporation ("Wyndham") have conferred and agreed, subject to the approval of the Court, to defer the filing of Plaintiffs' statement of expenses and any objections by Wyndham thereto, described in the Court's September 21, 2009 order (Dkt. No. 417), pending the outcome of the mediation;

IT IS HEREBY STIPULATED by and between Plaintiffs and Wyndham, by and through their respective counsel, that Plaintiffs' statement of expenses shall be filed no later than 21 days after the conclusion of the mediation process and that any objections by Wyndham shall be filed no later than 10 days after the filing of Plaintiffs' statement.

Dated: October 7, 2009                    Respectfully submitted,

**GIRARD GIBBS LLP**

By:   /s/  Jonathan K. Levine
            Jonathan K. Levine

Elizabeth C. Pritzker
Todd I. Espinosa
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

James Helfrich (*admitted pro hac vice*)
Jordan Factor (*admitted pro hac vice*)
**GERSH & HELFRICH, LLP**
1860 Blake Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 293-2333
Facsimile: (303) 293-2433

*Attorneys for Individual and Representative Plaintiffs Clarke and Rebecca Wixon and Norman and Barbara Wixon*

1

1  Dated: October 7, 2009

**TROUTMAN SANDERS, LLP**

By: /s/ A. William Loeffler
    A. William Loeffler

J. Kirk Quillian
William M. Droze
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-2216
Telephone:  (404) 885-3000
Facsimile:  (404) 885-3900

**SCHIFF HARDIN LLP**
Stephen M. Hankins
Jeffrey V. Commisso
One Market, Spear Street Tower, 32nd Floor
San Francisco, California  94105
Telephone:  (415) 901-8700
Facsimile:  (415) 901-8701

*Attorneys for Defendant Wyndham Resort Development Corporation*

**ORDER**

IT IS SO ORDERED.

DATED: October 8, 2009

 Jeffrey S. White
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO FILE STATEMENT OF EXPENSES AND OBJECTIONS
CASE NO. C 07 2361 JSW (BZ)