Jonathan K. Levine (State Bar No. 220289)
 jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
 ecp@girardgibbs.com
Todd I. Espinosa (State Bar No. 209591)
 tie@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Attorneys for Individual and Representative
Plaintiffs Clarke and Rebecca Wixon and
Norman and Barbara Wixon

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarke and Rebecca Wixon and Norman and Barbara Wixon, derivatively and on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>Wyndham Resort Development Corp. (f/k/a Trendwest Resorts, Inc.), Gene Hensley, David Herrick, John Henley, Peggy Fry and John McConnell, and nominally, WorldMark, The Club,<br><br>              Defendants. | Case No. C 07-02361 JSW (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT REPORT REGARDING METHOD AND FORM OF CLASS NOTICE**<br><br>**CLASS AND DERIVATIVE ACTION** |

1  WHEREAS the Court, on October 19, 2009, entered its order granting in part and denying in part Plaintiffs' motion for class certification, and directing that Plaintiffs Clarke and Rebecca Wixon and Norman and Barbara Wixon (collectively, "Plaintiffs") and Defendant Wyndham Resort Development Corporation ("Wyndham") meet and confer and submit to the Court by no later than November 6, 2009 a report regarding the method by which they intend to provide notice to the Class and the proposed form of notice (Dkt. No. 420);

WHEREAS, pursuant to the Court's order, the parties have met and conferred and preliminarily discussed potential methods of providing notice to the Class and the potential form of notice;

WHEREAS the parties currently have scheduled a mediation session before the Honorable William J. Cahill (Ret.) of JAMS for November 11, 2009;

WHEREAS the parties have conferred and agreed, subject to the approval of the Court, to defer the filing of the report described in the Court's October 19, 2009 order (Dkt. No. 420), pending the outcome of the mediation; and

WHEREAS, on November 2, 2009, Wyndham filed its Rule 23(f) Petition for Interlocutory Appeal;

IT IS HEREBY STIPULATED by and between Plaintiffs and Wyndham, by and through their respective counsel, that the parties will meet and confer and submit to the Court the report described in Dkt. No. 420 30 days after the conclusion of the mediation process, absent further Order of the Court.

1 | Dated: November 6, 2009            Respectfully submitted,

**GIRARD GIBBS LLP**

By: __/s/_ Jonathan K. Levine
Jonathan K. Levine

Elizabeth C. Pritzker
**GIRARD GIBBS, LLP**
601 California Street, 14th Floor
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

James Helfrich (*admitted pro hac vice*)
**GERSH & HELFRICH, LLP**
1860 Blake Street, Suite 300
Denver, Colorado 80202
Telephone:  (303) 293-2333
Facsimile:  (303) 293-2433

*Attorneys for Individual and Representative Plaintiffs Clarke and Rebecca Wixon and Norman and Barbara Wixon*

| | |
|---|---|
| Dated: November 6, 2009 | **TROUTMAN SANDERS, LLP** |
| | By: /s/ A. William Loeffler |
| | A. William Loeffler |
| | |
| | J. Kirk Quillian |
| | William M. Droze |
| | 5200 Bank of America Plaza |
| | 600 Peachtree Street, N.E. |
| | Atlanta, Georgia 30308-2216 |
| | Telephone: (404) 885-3000 |
| | Facsimile: (404) 885-3900 |
| | |
| | **SCHIFF HARDIN LLP** |
| | Stephen M. Hankins |
| | Jeffrey V. Commisso |
| | One Market, Spear Street Tower, 32nd Floor |
| | San Francisco, California 94105 |
| | Telephone: (415) 901-8700 |
| | Facsimile: (415) 901-8701 |
| | |
| | *Attorneys for Defendant Wyndham Resort Development Corporation* |

### ORDER

IT IS SO ORDERED.

DATED: November 6, 2009

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE