Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
ecp@girardgibbs.com
Todd I. Espinosa (State Bar No. 209591)
tie@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative Plaintiffs Clarke and Rebecca Wixon and Norman and Barbara Wixon

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Clarke and Rebecca Wixon and Norman and Barbara Wixon, derivatively and on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Wyndham Resort Development Corp. (f/k/a Trendwest Resorts, Inc.), Gene Hensley, David Herrick, John Henley, Peggy Fry and John McConnell, and nominally, WorldMark, The Club,

Defendants.

Case No. C 07-02361 JSW (BZ)

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO RESPOND TO DIRECTOR DEFENDANTS' INTERROGATORIES**

**CLASS AND DERIVATIVE ACTION**

WHEREAS the Court, on April 14, 2009, entered its order, *inter alia*, directing that Plaintiffs Clarke and Rebecca Wixon and Norman and Barbara Wixon (collectively, "Plaintiffs") provide further responses to Defendants Gene Hensley, David Herrick, John Henley, Peggy Fry and John McConnell's (collectively, the "Director Defendants") Interrogatories Nos. 1(a), 2(a), 2(b), 3(a), 3(b), 4(a), and 4(b) (the "Director Defendants' Interrogatories") within 60 days after the Court's ruling on Director Defendants' motion challenging Plaintiffs' adequacy as representatives under Rule 23.1 of the Federal Rules of Civil Procedure (Dkt. No. 240);

WHEREAS the Court, on October 19, 2009, entered its order granting in part and denying in part the Director Defendants' Rule 23.1 motion (Dkt. No. 420);

WHEREAS, in accordance with the Court's April 14, 2009 order, Plaintiffs' further responses to the Director Defendants' Interrogatories are due on December 18, 2009;

WHEREAS the parties are discussing methods for resolving this litigation, with assistance from the Honorable William J. Cahill (Ret.) of JAMS; and

WHEREAS Plaintiffs have requested and the Director Defendants have agreed to a three week extension of the date by which Plaintiffs' further responses shall be provided;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and the Director Defendants, by and through their respective counsel, that, subject to the approval of the Court, Plaintiffs' further responses to the Director Defendants' Interrogatories shall be served on January 8, 2010, rather than December 18, 2009.

Dated: December 9, 2009

Respectfully submitted,

**GIRARD GIBBS LLP**

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker

Jonathan K. Levine
Todd Espinosa
**GIRARD GIBBS, LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

James Helfrich (*admitted pro hac vice*)
**GERSH & HELFRICH, LLP**
1860 Blake Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 293-2333
Facsimile: (303) 293-2433

*Attorneys for Individual and Representative Plaintiffs Clarke and Rebecca Wixon and Norman and Barbara Wixon*

Dated: December 9, 2009

**LAW OFFICES OF JUDITH H. RAMSEYER PLLC**

By: /s/ Judith H. Ramseyer
Judith H. Ramseyer

2025 First Avenue, Suite 1130
Seattle, Washington 98121
Telephone (206) 728-6872
Facsimile (206) 260-6689

Matthew G. Ball
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone (415) 882-8200
Facsimile (415) 882-8220

*Attorneys for Defendants Gene Hensley, David Herrick, John Henley, Peggy Fry and John McConnell*

## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 10, 2009

The Honorable Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, Elizabeth C. Pritzker, hereby certify that on December 9, 2009, I filed the following document(s):

**1. STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DIRECTOR DEFENDANTS' INTERROGATORIES**

By ECF (Electronic Case Filing): I e-filed the above-detailed document utilizing the United States District Court, Northern District of California's mandated ECF service on December 9, 2009. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, CA on December 9, 2009.

/S/ *Elizabeth C. Pritzker*