Jonathan K. Levine (State Bar No. 220289)
  jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
  ecp@girardgibbs.com
Todd I. Espinosa (State Bar No. 209591)
  tie@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiffs Clarke and Rebecca Wixon and
Norman and Barbara Wixon

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarke and Rebecca Wixon and Norman and Barbara Wixon, derivatively and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Wyndham Resort Development Corp. (f/k/a Trendwest Resorts, Inc.), Gene Hensley, David Herrick, John Henley, Peggy Fry and John McConnell, and nominally, WorldMark, The Club,<br><br>Defendants. | Case No. C 07-02361 JSW (BZ)<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER EXTENDING TIME TO RESPOND TO WYNDHAM RESORT DEVELOPMENT CORPORATION'S INTERROGATORIES**<br><br>**CLASS AND DERIVATIVE ACTION** |

1   WHEREAS the Court, on April 15, 2009, entered its order, *inter alia*, directing that Plaintiffs Clarke and Rebecca Wixon and Norman and Barbara Wixon (collectively, "Plaintiffs") provide further responses to Defendant Wyndham Resort Development Corporation's ("Wyndham") Interrogatories Nos. 7, 9, 10 and 11 ("Wyndham's Interrogatories") within 60 days after the Court's ruling on Plaintiffs' motion for class certification (Dkt. No. 241);

WHEREAS the Court, on October 19, 2009, entered its Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification (Dkt. No. 420);

WHEREAS, in accordance with the Court's April 15, 2009 order, Plaintiffs' further responses to Wyndham's Interrogatories are due on December 18, 2009;

WHEREAS, the parties are discussing methods for resolving this litigation, with assistance from the Honorable William J. Cahill (Ret.) of JAMS; and

WHEREAS, Plaintiffs have requested and Wyndham has agreed to a limited extension of the date by which Plaintiffs' further responses shall be provided;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Wyndham, by and through their respective counsel, that, subject to the approval of the Court, Plaintiffs shall respond fully in writing to Wyndham's Interrogatories, and serve said responses by email and U.S. mail by close of business Pacific Standard Time on January 14, 2010, rather than December 18, 2009.

Dated: December 17, 2009					Respectfully submitted,

**GIRARD GIBBS LLP**

By:     */s/ Elizabeth C. Pritzker*
             Elizabeth C. Pritzker

Jonathan K. Levine
Todd Espinosa
**GIRARD GIBBS, LLP**
601 California Street, 14th Floor
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

James Helfrich (*admitted pro hac vice*)
**GERSH & HELFRICH, LLP**
1860 Blake Street, Suite 300
Denver, Colorado 80202
Telephone:  (303) 293-2333
Facsimile:  (303) 293-2433

*Attorneys for Individual and Representative Plaintiffs Clarke and Rebecca Wixon and Norman and Barbara Wixon*

Dated: December 17, 2009

**TROUTMAN SANDERS, LLP**

By: /s/ *William M. Droze*
      William M. Droze

J. Kirk Quillian
A. William Loeffler
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

**SCHIFF HARDIN LLP**
Stephen M. Hankins
Jeffrey V. Commisso
One Market, Spear Street Tower, 32nd Floor
San Francisco, California 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

*Attorneys for Defendant Wyndham Resort Development Corporation*

### ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 17, 2009

                *[signature]*
The Honorable Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, Elizabeth C. Pritzker, hereby certify that on December 17, 2009, I filed the following document(s):

**1. STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO WYNDHAM RESORT DEVELOPMENT CORPORATION'S INTERROGATORIES**

By ECF (Electronic Case Filing): I e-filed the above-detailed document utilizing the United States District Court, Northern District of California's mandated ECF service on December 17, 2009. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, CA on December 17, 2009.

/S/ *Elizabeth C. Pritzker*