| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | JAN 21 2010 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CLARKE WIXON, on behalf of himself and all others similarly situated; et al.,<br><br>          Plaintiffs - Respondents,<br><br>  v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP., f/k/a Trendwest Resorts Inc.,<br><br>          Defendant - Petitioner. | No. 09-80162<br><br>D.C. No. 3:07-cv-02361-JSW<br>Northern District of California, San Francisco<br><br><br>ORDER |

Before: SILVERMAN and PAEZ, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's October 19, 2009 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

LN/MOATT