SCHIFF HARDIN LLP
Stephen M. Hankins (CSB #154886)
Jeffrey V. Commisso (CSB #191267)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:     (415) 901-8700
Facsimile:      (415) 901-8701

TROUTMAN SANDERS, LLP[1]
J. Kirk Quillian
A. William Loeffler
William M. Droze
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone:  (404) 885-3000
Facsimile:   (404) 885-3900

Attorneys for Defendant
WYNDHAM RESORT DEVELOPMENT CORPORATION[2]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE and REBECCA WIXON and NORMAN and BARBARA WIXON, and KANDICE SCATTOLON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVID HERRICK, JOHN HENLEY, PEGGY FRY, and JOHN McCONNELL, and nominally, WORLDMARK, THE CLUB.<br><br>Defendants. | Case No.: C 07-02361 JSW<br><br>**AMENDED STIPULATION REGARDING SUPPLEMENTAL AND FURTHER PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**<br><br>CLASS AND DERIVATIVE ACTION |

---

[1] Admitted *pro hac vice*.

[2] Other Counsel of record listed on signature page.

Amended ESI Stipulation
C 07-02361-JS

Plaintiffs Clarke and Rebecca Wixon, and Norman and Barbara Wixon, and Kandice Scattolon (hereafter collectively "Plaintiffs"), and Defendant Wyndham Resort Development Corporation (hereafter "WRDC") hereby stipulate to the following amendment to the Stipulation Regarding Supplemental Production and Further Production of Documents and Electronically Stored Information between Plaintiffs and WRDC entered by the Court on January 8, 2010 (the "ESI Stipulation") (Dkt. #444) and respectfully request that the Court amend its order accordingly:

1. Paragraph A.2.b(1) of the ESI Stipulation provides that WRDC will produce to Plaintiffs "the search term positive supplemental ESI obtained for all custodians (except Crane and Darone) identified in subparagraph A.2.b, above, that does not contain a privilege term."

2. WRDC's e-discovery vendor, Cataphora, Inc. ("Cataphora"), recently informed WRDC's counsel that a hard drive containing a supplemental Postini collection for the individual custodians listed in Paragraph A.2.b of the ESI Stipulation other than Crane and Darone was damaged and could not be processed for production to Plaintiffs by February 8, 2010. (Declaration of Lewis Ripple dated February 5, 2010 ("Ripple Dec."), filed contemporaneously herewith, ¶ 12.)

3. After being notified of the damaged Hard Drive, WRDC began delivering the supplemental Postini collection for the individual custodians listed Paragraph A.2.b of the ESI Stipulation (other than Crane and Darone) to Cataphora again. (*Id.* at ¶ 13.)

4. Cataphora has made all necessary arrangements to expedite the processing and production of this information and intends to produce ESI related to 11 of the 24 custodians at issue to Plaintiffs on WRDC's behalf by February 13, 2010. (*Id.* at ¶ 14.)

5. Cataphora intends to produce ESI related to the remaining 13 of the 24 custodians at issue to Plaintiffs on WRDC's behalf by February 16, 2010. (*Id.* at ¶ 15.)

6.  The above-described events, while unforeseen, prevent WRDC from meeting the agreed-upon February 8, 2010 production deadline for individual custodians listed in Paragraph A.2.b. of the ESI Stipulation (other than Crane and Darone). Due to these unforeseen events, Plaintiffs and WRDC now stipulate to amend Paragraph A.2.b of the ESI Stipulation to provide that WRDC's vendor, Cataphora, will produce to Plaintiffs on WRDC's behalf search term positive ESI related to the supplemental Postini collection for the individual custodians listed in Paragraph A.2.b of the ESI Stipulation (other than Crane and Darone) that does not contain a privilege term, by the following amended deadlines:

(A)  Production of ESI for 11 of the 24 individual custodians listed by February 13, 2010; and

(B)  Production of ESI for the remaining 13 of the 24 individual custodians listed by February 16, 2010.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| Dated: February 8, 2010 | **GIRARD GIBBS LLP**<br><br>By: *Elizabeth C. Pritzker*<br>　　　Elizabeth C. Pritzker<br><br>Jonathan K. Levine<br>Daniel T. LeBel<br>601 California Street<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br><br>James Helfrich, Esq.<br>Jordan Factor, Esq.<br>Gersh & Helfrich, LLP<br>1860 Blake Street, Suite 300<br>Denver, Colorado 80202<br>Telephone: (303) 293-2333<br><br>*Attorneys for Plaintiffs* |
|---|---|
| Dated: February 8, 2010 | **TROUTMAN SANDERS, LLP**<br><br>By: *William M. Droze*<br><br>J. Kirk Quillian<br>A. William Loeffler<br>William M. Droze<br>5200 Bank of America Plaza<br>600 Peachtree Street, N.E.<br>Atlanta, Georgia 30308-2216<br>Telephone: (404) 885-3000<br>Facsimile: (404) 885-3900<br><br>SCHIFF HARDIN LLP<br>Stephen M. Hankins<br>Jeffrey V. Commisso<br>One Market, Spear Street Tower, 32nd Floor<br>San Francisco, California 94105<br>Telephone: (415) 901-8700<br>Facsimile: (415) 901-8701<br><br>*Attorneys for Wyndham Resort Development Corporation* |

Amended ESI Stipulation
C 07-02361-JSW

- 4 -

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 8, 2010

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

## CERTIFICATE OF SERVICE
*Wixon v. Trendwest Resorts, Inc.,*
USDC, Northern District of California

    I hereby certify that, on February 8, 2010, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all parties, as follows:

Jonathan K. Levine, Esq.
Elizabeth C. Pritzker, Esq.
GIRARD GIBBS LLP
601 California Street
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
*Attorneys for Plaintiffs*

Matthew G. Ball, Esq.
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Tel. (415) 882-8200
Fax. (415) 882-8220
*Attorneys for Director Defendants*

Judith H. Ramseyer, Esq.
Law Offices of Judith H. Ramseyer PLLC
2025 First Avenue, Suite 1150
Seattle, Washington 98121
Tel. (206) 728-6872
Fax. (206) 260-6689
*Attorney for Director Defendants*

Additionally, I served by U.S. Mail the following counsel:

James Helfrich, Esq.
Jordan Factor, Esq.
Gersh & Helfrich, LLP
1860 Blake Street, Suite 300
Denver, Colorado 80202

*/s/ William M. Droze*
William M. Droze

Amended ESI Stipulation
C 07-02361-JSW

- 6 -