Matthew G. Ball (SBN 208881)
Matthew.Ball@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (`415) 882-8200
Facsimile: (415) 882-8220

Judith H. Ramseyer (admitted *pro hac vice*)
judy@ramseyerlaw.com
**LAW OFFICES OF JUDITH H. RAMSEYER PLLC**
2025 First Avenue, Suite 1130
Seattle, WA 98121
Telephone: (206) 728-6872
Facsimile: (206) 260-6689

Attorneys for Defendants
GENE HENSLEY, DAVID HERRICK,
JOHN HENLEY, PEGGY FRY and
JOHN McCONNELL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK and REBECCA WIXON, NORMAN and BARBARA WIXON, and KANDICE SCATTOLON, derivatively and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVID HERRICK, JOHN HENLEY, PEGGY FRY, AND JOHN MCCONNELL, and nominally, WORLDMARK, THE CLUB,<br><br>Defendants. | Case No. C 07-2361 JSW<br><br>**STIPULATION AND ORDER AMENDING DEADLINE FOR SCATTOLON DEPOSITION AND RESPONSIVE PLEADING**<br><br>**Class and Derivative Action** |

1 | Pursuant to Local Rule 6-1(b), Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon; Defendant Wyndham Resort Development Corporation; and Defendants Gene Hensley, David Herrick, John Henley, Peggy Fry and John McConnell, by and through their respective counsel, agree that the Court's Order Granting Plaintiffs' Motion for Leave to File a File Amended Complaint (Dkt. 454) may be amended as set forth below.  The revised deadlines are necessitated by a heavy deposition schedule and consequent scheduling conflicts.  The schedule revisions made by this Stipulation and Order apply only to those deadlines stated, and do not affect other case schedule deadlines.

| Event | Former Date | Amended Date |
|---|---|---|
| Deposition of Kandice Scattolon | No later than March 1, 2010 | No later than March 15, 2010 |
| Defendants file responsive Pleading to Fifth Amended Complaint | No later than March 5, 2010 | No later than March 17, 2010 |

Dated:  February 17, 2010                    GIRARD GIBBS LLP

By:_____/s/_____
   Jonathan K. Levine
   Elizabeth C. Pritzker

Attorneys for Individual and Representative
Plaintiffs Clarke and Rebecca Wixon,
Norman and Barbara Wixon, and Kandice
Scattolon

Dated:  February 17, 2010                    K&L GATES LLP

By:___/s/ Matthew G. Ball_____
   Matthew G. Ball
   matthew.ball@klgates.com

LAW OFFICES OF
JUDITH H. RAMSEYER PLLC
Judith H. Ramseyer
Attorneys for Defendants Gene Hensley,
John Henley, David Herrick, Peggy Fry,
and John McConnell

1

STIPULATION AND ORDER AMENDING DEADLINE FOR SCATTOLON DEPOSITION AND RESPONSIVE PLEADING; CASE NO. C 07-2361 JSW

Dated: February 17, 2010                    TROUTMAN SANDERS, LLP


                                            By:_____/s/_____
                                                J. Kirk Quillian
                                                A. William Loeffler
                                                William M. Droze

                                            Attorneys for Defendant Wyndham Resort
                                            Development Corporation


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 18, 2010          _____/s/ Jeffrey S. White_____
                                  Jeffrey S. White, United States District Judge