1 | SCHIFF HARDIN LLP
Stephen M. Hankins (CSB #154886)
2 | Jeffrey V. Commisso (CSB #191267)
One Market, Spear Street Tower, 32nd Floor
3 | San Francisco, CA 94105
Telephone: (415) 901-8700
4 | Facsimile: (415) 901-8701

5 | TROUTMAN SANDERS LLP[1]
J. Kirk Quillian
6 | A. William Loeffler
William M. Droze
7 | 5200 Bank of America Plaza
600 Peachtree Street, N.E.
8 | Atlanta, GA 30308-2216
Telephone: (404) 885-3000
9 | Facsimile: (404) 885-3900

10 | Attorneys for Defendant
WYNDHAM RESORT DEVELOPMENT CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE and REBECCA WIXON and NORMAN and BARBARA WIXON, on behalf of themselves and all others similarly situated, | Case No. C 07-02361 JSW |
| Plaintiffs, | **STIPULATION AND ORDER AMENDING DEADLINE TO FILE DISCOVERY MOTIONS** |
| v. | |
| WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVID HERRICK, JOHN HENLEY, PEGGY FRY, and JOHN McCONNELL, and nominally, WORLDMARK, THE CLUB, | CLASS AND DERIVATIVE ACTION |
| | Before: Hon. Jeffrey S. White |
| Defendants. | |

---

[1] Admitted *pro hac vice*.

Pursuant to the Order Scheduling Trial and Pretrial Matters (Dkt. 412), fact discovery closed on March 18, 2010. Under Civil Local Rule 26-2, motions to compel discovery must be filed no later than 7 days following discovery cut-off, or March 25, 2010.

Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon and Kandice Scattolon ("Plaintiffs") and Defendant Wyndham Resort Development Corporation ("Wyndham") hereby stipulate, subject to Court approval, to extend the deadline to file discovery motions, from March 25, 2010 to April 9, 2009, for the limited purpose of extending the time by which motions may be filed to resolve any discovery disputes as between Plaintiffs and Wyndham pertaining to Wyndham's privilege logs.

Plaintiffs and Wyndham previously entered a Stipulation and Order that extended the time until April 9, 2010 for discovery motions regarding certain ESI discovery contained on WRDC's privilege logs produced March 10, 2010 (Dkt. 444). On March 18, 2010, the Court entered an order extending the deadline to file discovery motions involving Plaintiffs and Defendants Gene Hensley, David Herrick, John Henley, Peggy Fry and John McConnell ("Director Defendants") to April 9, 2010. (Dkt. 467). To ensure that discovery and litigation matters proceed in a coordinated fashion, the undersigned parties seek a similar extension of time in which to bring discovery motions involving Plaintiffs and Wyndham.

Accordingly, subject to Court approval, the undersigned parties hereby stipulate that the motion deadline set forth in Rule 26-2 may be extended, from March 25 to April 9, 2010, for the limited purpose of allowing additional time to file motions to resolve discovery disputes pertaining to Wyndham's privilege logs as between Plaintiffs and Wyndham. The parties agree that no party to this stipulation may initiate new discovery requests or depositions pursuant to this limited continuance.

//
//
//
//
//

Stipulation and Order Amending Deadline for
Discovery Motions                                    - 1 -
C 07-02361-JSW

No dates set by the Civil Minute Order (Dkt. 411), including the expert disclosure deadline of April 19, 2010, or the Order Scheduling Trial and Pretrial Matters (Dkt. 412) are affected by this stipulation.

**SO STIPULATED BY THE UNDERSIGNED COUNSEL:**

| Dated: March 24, 2010 | **GIRARD GIBBS LLP**<br><br>By: : ___/s/ Elizabeth C. Pritzker___<br>Elizabeth C. Pritzker<br><br>Jonathan K. Levine<br>601 California Street<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br><br>*Class Counsel* |
|---|---|
| Dated: March 24, 2010 | **TROUTMAN SANDERS, LLP**<br><br>By:_____/s/ William M. Droze_____<br>William M. Droze<br><br>J. Kirk Quillian<br>A. William Loeffler<br>William M. Droze<br>5200 Bank of America Plaza<br>600 Peachtree Street, N.E.<br>Atlanta, Georgia 30308-2216<br>Telephone: (404) 885-3000<br>Facsimile: (404) 885-3900<br><br>**SCHIFF HARDIN LLP**<br>Stephen M. Hankins<br>Jeffrey V. Commisso<br>One Market, Spear Street Tower, 32nd Floor<br>San Francisco, California 94105<br>Telephone: (415) 901-8700<br>Facsimile: (415) 901-8701<br><br>*Attorneys for Wyndham Resort Development Corporation* |

## ORDER

FOR GOOD CAUSE SHOWN, PURSUANT TO STIPULATION, THE COURT HEREBY GRANTS THE RELIEF REQUESTED BY PLAINTIFFS AND WYNDHAM, AND EXTENDS THE LOCAL CIVIL RULE 26-2 DISCOVERY MOTION DEADLINE FROM MARCH 25, 2010 TO APRIL 9, 2010.

Dated: March 24, 2010.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE