Jonathan K. Levine (State Bar No. 220289)
 jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
 ecp@girardgibbs.com
Todd I. Espinosa (State Bar No. 209591)
 tie@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Class Counsel and
Attorneys for Plaintiffs Clarke and Rebecca Wixon,
Norman and Barbara Wixon, and Kandice Scattolon

[Additional counsel appear on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK and REBECCA WIXON, NORMAN and BARBARA WIXON, and KANDICE SCATTOLON, derivatively and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVID HERRICK, JOHN HENLEY, PEGGY FRY, AND JOHN MCCONNELL, and nominally, WORLDMARK, THE CLUB,<br><br>Defendants. | Case No. C 07-2361 JSW<br><br>**STIPULATION AND ORDER GOVERNING EXPERT DISCOVERY**<br><br>**Class and Derivative Action** |

1   WHEREAS the Court, on August 28, 2009, entered its Minute Order (Dkt. No. 411)
2   establishing, *inter alia*, April 19, 2010 as the deadline by which Plaintiffs Clarke and Rebecca Wixon,
3   Norman and Barbara Wixon and Kandice Scattolon (collectively, "Plaintiffs"), Defendant Wyndham
4   Resort Development Corporation ("Wyndham), and Individual Defendants Gene Hensley, David
5   Herrick, John Henley, Peggy Fry and John McConnell (collectively, "Director Defendants") shall
6   identify and exchange reports prepared by testifying experts, and May 19, 2010 as the date the parties
7   shall exchange rebuttal expert reports;

8   WHEREAS, pursuant to said Minute Order, expert discovery shall commence on April 19, 2010
9   and conclude by June 18, 2010; and

10  WHEREAS the undersigned parties have agreed, by and through their respective counsel,
11  subject to the approval of the Court, that expert discovery shall be governed by the proposed
12  amendments to rule 26(a)(2) and (b)(4) of the Federal Rules of Civil Procedure, which amendments
13  shall become effective as of December 1, 2010, as those amendments and procedures relate to testifying
14  experts, and the discovery of draft expert reports or lawyer communications with testifying experts;

15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, by and
2 through their respective counsel, and subject to approval of the Court, that the undersigned parties will
3 be governed by the proposed amendments to rules 26(a)(2) and (b)(4) of the Federal Rules of Civil
4 Procedure and, to that end, the parties will not seek draft reports from each other's experts in discovery,
5 nor seek to discover communications between counsel and any testifying expert except for
6 communications or information that reflects or reveals: (1) compensation for the expert's study or
7 testimony; (2) facts or data provided to the expert by counsel that the expert has considered in forming
8 his or her opinions; and (3) assumptions provided to the expert by counsel that the expert has relied
9 upon in forming an opinion.  *See* Proposed Amendments to Fed. R. Civ. P. 26(a)(2) and (b)(4)
10 (effective December 1, 2010).

12 Dated: April 15, 2010          Respectfully submitted,

**GIRARD GIBBS LLP**

By:    /s/ Elizabeth C. Pritzker
        Elizabeth C. Pritzker

Jonathan K. Levine
Todd I. Espinosa
**GIRARD GIBBS, LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Class Counsel and*
*Attorneys for Plaintiffs Clarke and Rebecca Wixon, Norman*
*and Barbara Wixon, and Kandice Scattolon*

James Helfrich (*admitted pro hac vice*)
**GERSH & HELFRICH, LLP**
1860 Blake Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 293-2333
Facsimile: (303) 293-2433

*Attorneys for Plaintiffs Clarke and Rebecca Wixon, Norman*
*and Barbara Wixon, and Kandice Scattolon*

2
STIPULATION AND ORDER GOVERNING EXPERT DISCOVERY
CASE NO. C 07 2361 JSW (BZ)

| | |
|---|---|
| Dated: April 15, 2010 | **K&L GATES LLP** |
| | By: _____/s/ *Matthew G. Ball*_____ <br> Matthew G. Ball |
| | Four Embarcadero Center, Suite 1200 <br> San Francisco, CA 94111 <br> Telephone: (`415) 882-8200 <br> Facsimile: (415) 882-8220 |
| Dated: April 15, 2010 | **LAW OFFICES OF** <br> **JUDITH H. RAMSEYER PLLC** |
| | By: _____/s/ *Judith H. Ramseyer*_____ <br> Judith H. Ramseyer |
| | 2025 First Avenue, Suite 1130 <br> Seattle, WA 98121 <br> Telephone: (206) 728-6872 <br> Facsimile: (206) 260-6689 |
| | *Attorneys for Defendants Gene Hensley,* <br> *John Henley, David Herrick, Peggy Fry,* <br> *and John McConnell* |

Dated: April 15, 2010

**TROUTMAN SANDERS, LLP**

By: /s/ J. Kirk Quillian
    J. Kirk Qullian

William M. Droze
A. William Loeffler
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

**SCHIFF HARDIN LLP**

Stephen M. Hankins
Jeffrey V. Commisso
One Market, Spear Street Tower, 32nd Floor
San Francisco, California 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

*Attorneys for Defendant Wyndham Resort Development Corporation*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 15 April '10

The Honorable Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

4