UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE and REBECCA WIXON,<br><br>          Plaintiff(s),<br><br>     v.<br><br>WYNDHAM RESORT DEVELOPMENT<br>CORP., et al.,<br><br>          Defendant(s). | No. C 07-2361 JSW (BZ)<br><br>**SIXTH DISCOVERY ORDER** |

Having read the exchange of correspondence with respect to the dispute over Director defendants' answers to interrogatories, **IT IS HEREBY ORDERED** as follows:

   1. By **noon** on **Tuesday, April 20, 2010**, plaintiffs shall file defendants' response to interrogatory no. 11 and no. 2a.

   2. A telephone conference to discuss this dispute is scheduled for **Wednesday, April 21, 2010 at 1:30 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: April 16, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WIXON V. TRENDWEST\DISC ORD 6.wpd

1