UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE and REBECCA WIXON,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>WYNDHAM RESORT DEVELOPMENT<br>CORP., et al.,<br><br>　　　　Defendant(s). | No. C 07-2361 JSW (BZ)<br><br>**SEVENTH DISCOVERY ORDER** |

　　Having read documents 478 and 480, it appears to the Court that this dispute is not capable of informal resolution. **IT IS THEREFORE ORDERED** that plaintiffs have leave to file a motion to compel production of the disputed documents. Plaintiffs' motion should address such issues as who holds the privilege with respect to these documents and whether the director defendants are in a position to waive any corporate privilege. In their opposition, the director defendants should address why the bar proposed in paragraph one of plaintiffs' letter is not a satisfactory resolution.

Dated: April 27, 2010

　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\WIXON V. TRENDWEST\DISC ORD 7.wpd

1