Jonathan K. Levine (State Bar No. 220289)
  jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
  ecp@girardgibbs.com
Todd I. Espinosa (State Bar No. 209591)
  tie@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Class Counsel and Attorneys for Plaintiffs Clarke
and Rebecca Wixon, Norman and Barbara Wixon,
and Kandice Scattolon

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon derivatively and on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>Wyndham Resort Development Corp. (f/k/a Trendwest Resorts, Inc.), Gene Hensley, David Herrick, John Henley, Peggy Fry and John McConnell, and nominally, WorldMark, The Club,<br><br>          Defendants. | Case No. C 07-02361 JSW (BZ)<br><br>[~~PROPOSED~~] ORDER RE:  JOINT REPORT OF CLASS PLAINTIFFS AND DEFENDANT WYNDHAM RESORT DEVELOPMENT CORPORATION REGARDING THE PARTIES' PROPOSED METHODS AND FORM OF CLASS NOTICE, AND REQUEST FOR STATUS CONFERENCE<br><br><u>CLASS AND DERIVATIVE ACTION</u><br><br>STATUS CONFERENCE REQUESTED |

**ORDER**

The Court, having read the Joint Report of Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon and Kandice Scattolon and Defendant Wyndham Resort Development Corporation ("Wyndham") submitted on May 4, 2010 (Dkt. No. 484), regarding the method by which they intend to provide a Notice of Pendency of Class Action Proceedings to the Class, the parties' respective proposed forms of notice, and the request for a status conference to address these issues ("Joint Report"),

HEREBY ORDERS AS FOLLOWS:

~~Plaintiffs and Wyndham are hereby ordered to appear, by and through their counsel of record, at a further status conference on May 14, 2010 at 1:30 p.m. to address the matters set forth in the Joint Report.~~ The request for a status conference is DENIED. The Court shall issue a written ruling resolving the parties' disputes.

IT IS SO ORDERED.

Dated: May 10, 2010

_____
Honorable Jeffrey S. White
United States District Court for the Northern District of California

1

[~~PROPOSED~~] ORDER RE: JOINT REPORT OF PLAINTIFFS AND DEFENDANT WRDC REGARDING METHOD AND FORM OF CLASS NOTICE AND REQUEST FOR STATUS CONFERENCE
CASE NO. C 07 2361 JSW (BZ)