Matthew G. Ball (SBN 208881)
Matthew.Ball@klgates.com
**K & L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

Judith H. Ramseyer (admitted *pro hac vice*)
judy@ramseyerlaw.com
**LAW OFFICES OF JUDITH H. RAMSEYER PLLC**
2025 First Avenue, Suite 1130
Seattle, WA 98121
Telephone: (206) 728-6872
Facsimile:  (206) 260-6689

Attorneys for Defendants
GENE HENSLEY, DAVID HERRICK,
JOHN HENLEY, PEGGY FRY, and
JOHN McCONNELL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Clark and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon, derivatively and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WRDC Resort Development Corp. (f/k/a Trendwest Resorts, Inc.), Gene Hensley, David Herrick, John Henley, Peggy Fry, John McConnell, and nominally, WorldMark, The Club,<br><br>Defendants. | Case No. C 07-2361 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN EXPERT DEADLINES**<br><br>Class and Derivative Action |

1

**STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN EXPERT DEADLINES**
**CASE NO.: C 07 2361 JSW**

1  WHEREAS, Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice
2  Scattolon ("Plaintiffs") and Defendants Gene Hensley, David Herrick, Peggy Fry, John Henley, and
3  John McConnell ("Director Defendants") are actively engaged in negotiations to attempt to settle the
4  claims asserted against the Director Defendants; and

5  WHEREAS, impending expert discovery deadlines will require them to incur substantial
6  expenses that could be avoided if a settlement were reached; and

7  WHEREAS, a short, two-week extension of immediate expert deadlines would allow
8  Plaintiffs and the Director Defendants to focus attention and resources on settlement discussions
9  without altering the existing trial schedule; and

10  WHEREAS, no previous extension of any expert deadlines has been sought.

11  IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO THAT:

12  As related to Plaintiffs and the Director Defendants, expert discovery deadlines may be
13  amended as follows:

|  | **FROM** | **TO** |
|---|---|---|
| Disclosure of Expert Rebuttal Reports | May 19, 2010 | June 2, 2010 |
| Expert Discovery Cutoff | June 18, 2010 | July 2, 2010 |

16  No other case schedule dates are affected by this Stipulation and Order.

17  Dated: May 14, 2010          K&L GATES LLP

By     /s/ Matthew G. Ball
         Matthew G. Ball

LAW OFFICES OF JUDITH H. RAMSEYER PLLC
    Judith H. Ramseyer *(admitted pro hac vice)*
    judy@ramseyerlaw.com

Attorneys for Defendants Gene Hensley, John Henley,
David Herrick, Peggy Fry, and John McConnell

Dated: May 14, 2010.          GIRARD GIBBS LLP

By     /s/ Jonathan K. Levine
         Jonathan K. Levine
         Elizabeth C. Pritzker

Attorneys for Plaintiffs

1
**STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN EXPERT DEADLINES**
**CASE NO.: C 07 2361 JSW**

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: May 17, 2010.   _____
Hon. Jeffrey S. White, District Court Judge

---

2

**STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN EXPERT DEADLINES
CASE NO.: C 07 2361 JSW**