Jonathan K. Levine (State Bar No. 220289)
  jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
  ecp@girardgibbs.com
Todd I. Espinosa (State Bar No. 209591)
  tie@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Class Counsel and
Attorneys for Plaintiffs Clarke and Rebecca Wixon,
Norman and Barbara Wixon, and Kandice Scattolon

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK and REBECCA WIXON, NORMAN and BARBARA WIXON, and KANDICE SCATTOLON, derivatively and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVID HERRICK, JOHN HENLEY, PEGGY FRY, AND JOHN MCCONNELL, and nominally, WORLDMARK, THE CLUB,<br><br>Defendants. | Case No. C 07-2361 JSW (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER SUSPENDING PRE-TRIAL AND TRIAL DEADLINES PERTAINING TO CLAIMS AGAINST DIRECTOR DEFENDANTS IN LIGHT OF PROPOSED SETTLEMENT**<br><br>**Class and Derivative Action** |

WHEREAS, on June 4, 2010, Plaintiffs Clark and Rebecca Wixon, Norman and Barbara Wixon and Kandice Scattolon (collectively, "Plaintiffs"), nominal Defendant WorldMark, the Club ("WorldMark") and Defendants Gene Hensley, David Herrick, John Henley, Peggy Fry and John McConnell (collectively, the "Director Defendants"), through their counsel, reached a settlement regarding all claims by Plaintiffs against the Director Defendants;

WHEREAS, counsel for Plaintiffs and the Director Defendants are preparing formal documentation of the settlement, which will be submitted to the Court on or before June 25, 2010; and

WHEREAS, in order to avoid any unnecessary expenditure of the parties' and the Court's resources regarding the settled claims pending Court approval, Plaintiffs and the Director Defendants seek an order from the Court suspending the case management schedule as it applies to Plaintiffs' claims against the Director Defendants while counsel for the parties prepare formal documentation of the settlement, notice is provided to WorldMark, The Club members, and a hearing to approve the settlement can be held;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, by and through their respective counsel, and subject to approval of the Court, that all pending pre-trial and trial deadlines pertaining to Plaintiffs' claims against the Director Defendants be suspended, pending submittal to the Court of the parties' formal documentation of settlement on or before June 25, 2010, notice of the settlement to WorldMark, The Club members, and the Court's final approval of the settlement.

IT IS FURTHER STIPULATED AND AGREED that the Court shall make any further orders with respect to the settlement, or with respect to any applicable deadlines pertaining to the settlement or to the Plaintiffs' claims against the Director Defendants, at such further time as the Court deems appropriate, upon review the parties' formal settlement documentation.

Dated: June 9, 2010  Respectfully submitted,

**GIRARD GIBBS LLP**

By: ____/s/ Jonathan K. Levine____
      Jonathan K. Levine

Elizabeth C. Pritzker
Todd I. Espinosa

1
STIPULATION AND ORDER RELIEVING PARTIES OF PRE-TRIAL AND TRIAL DEADLINES IN LIGHT OF PROPOSED SETTLEMENT
CASE NO. C 07 2361 JSW (BZ)

|   |   |
|---|---|
|   | **GIRARD GIBBS, LLP**<br>601 California Street, 14th Floor<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br><br>*Class Counsel and*<br>*Attorneys for Plaintiffs Clarke and Rebecca Wixon, Norman*<br>*and Barbara Wixon, and Kandice Scattolon*<br><br>James Helfrich (*admitted pro hac vice*)<br>**GERSH & HELFRICH, LLP**<br>1860 Blake Street, Suite 300<br>Denver, Color+ado 80202<br>Telephone: (303) 293-2333<br>Facsimile: (303) 293-2433<br><br>*Attorneys for Plaintiffs Clarke and Rebecca Wixon, Norman*<br>*and Barbara Wixon, and Kandice Scattolon* |
| Dated: June 9, 2010 | **K&L GATES LLP**<br><br>By:   */s/ Matthew G. Ball*<br>       Matthew G. Ball<br><br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220 |
| Dated: June 9, 2010 | **LAW OFFICES OF**<br>**JUDITH H. RAMSEYER PLLC**<br><br>By:   */s/ Judith H. Ramseyer*<br>       Judith H. Ramseyer<br><br>2025 First Avenue, Suite 1130<br>Seattle, WA 98121<br>Telephone: (206) 728-6872<br>Facsimile: (206) 260-6689<br><br>*Attorneys for Defendants Gene Hensley,*<br>*John Henley, David Herrick, Peggy Fry,*<br>*and John McConnell* |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 9, 2010

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE