Matthew G. Ball (SBN 208881)
Matthew.Ball@klgates.com
**K & L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

Judith H. Ramseyer (admitted *pro hac vice*)
judy@ramseyerlaw.com
**LAW OFFICES OF JUDITH H. RAMSEYER PLLC**
2025 First Avenue, Suite 1130
Seattle, WA 98121
Telephone: (206) 728-6872
Facsimile:  (206) 260-6689

Attorneys for Defendants
GENE HENSLEY, DAVID HERRICK,
JOHN HENLEY, PEGGY FRY, and
JOHN McCONNELL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Clark and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon, derivatively and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WRDC Resort Development Corp. (f/k/a Trendwest Resorts, Inc.), Gene Hensley, David Herrick, John Henley, Peggy Fry, John McConnell, and nominally, WorldMark, The Club,<br><br>Defendants. | Case No. C 07-2361 JSW<br><br>**STIPULATION AND ORDER CONTINUING SETTLEMENT DOCUMENTATION FILING DATE**<br><br>Class and Derivative Action |

1

**STIPULATION AND ORDER CONTINUING SETTLEMENT DOCUMENTATION FILING DATE**
**CASE NO.: C 07 2361 JSW**

On June 9, 2010, Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon ("Plaintiffs"), and Defendants Gene Hensley, David Herrick, John Henley, Peggy Fry, and John McConnell ("Director Defendants") (collectively, the "Parties"), notified the Court they had reached a settlement in principle of all claims asserted by Plaintiffs against Director Defendants in this derivative litigation. Dkt. 491. On that date, the Court entered a stipulated order suspending pre-trial and trial deadlines as to the Parties, pending submission of formal settlement documentation to the Court, notice and hearing on the fairness and adequacy of the settlement, and Court approval of its terms. Dkt. 492.

Prior to and following the entry of the stipulated order suspending pre-trial and trial deadlines (Dkt. 492), the Parties have exchanged draft settlement documents, met and conferred with one another to resolve drafting concerns, discussed notice plans, and are in the process of meeting with their clients and client representatives to resolve drafting issues and obtain necessary approvals and authorizations. Despite the Parties' diligent and good faith efforts to complete these tasks, the Parties are unable to finalize the settlement documentation process and obtain the necessary client approvals by the June 25, 2010 deadline specified in the Court's June 9 order.

Accordingly, the Parties agree to and hereby seek, subject to Court approval, a one-week extension of the date to submit final settlement documentation to the Court, from June 25, 2010 to July 2, 2010. The Parties have not previously sought an extension of time for this purpose.

Respectfully submitted,

Dated: June 24, 2010.

GIRARD GIBBS LLP

By: */s/ Elizabeth C. Pritzker*
    Jonathan K. Levine
    Elizabeth C. Pritzker

Attorneys for Individual and Representative Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon

1

**STIPULATION AND ORDER CONTINUING SETTLEMENT DOCUMENTATION FILING DATE**
**CASE NO.: C 07 2361 JSW**

1
2  Dated:  June 24, 2010.                           K&L GATES LLP
3
                                                    By:___/s/ Matthew G. Ball_____
4                                                       Matthew G. Ball
5                                                   LAW OFFICES OF
                                                    JUDITH H. RAMSEYER PLLC
6
7                                                       Judith H. Ramseyer

8                                                   Attorneys for Defendants Gene Hensley,
                                                    John Henley, David Herrick, Peggy Fry,
9                                                   and John McConnell
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|   |   |
|---|---|
| 1 |   |
| 2 | **ORDER** |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 4 |   |
| 5 | Dated: June 25, 2010.  _____  Jeffrey S. White, United States District Judge |