SCHIFF HARDIN LLP
Stephen M. Hankins (CSB #154886)
Jeffrey V. Commisso (CSB #191267)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

TROUTMAN SANDERS LLP[1]
J. Kirk Quillian, Bar No. 591150
A. William Loeffler, Bar No. 755699
William M. Droze, Bar No. 231039
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

Attorneys for Defendant
WYNDHAM RESORT DEVELOPMENT
CORPORATION[2]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE and REBECCA WIXON, NORMAN and BARBARA WIXON, and KANDICE SCATTOLON, derivatively and on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.), GENE HENSLEY, DAVID HERRICK, JOHN HENLEY, PEGGY FRY, JOHN McCONNELL, and nominally, WORLDMARK, THE CLUB,<br><br>Defendants. | Case No. C 07-02361 JSW<br><br>ORDER DENYING <s>[PROPOSED] ORDER GRANTING</s> DEFENDANT WYNDHAM RESORT DEVELOPMENT CORPORATION'S AND PLAINTIFFS' STIPULATED REQUEST TO EXCEED PAGE LIMITATION<br><br>CLASS AND DERIVATIVE ACTION<br><br>Judge: Hon. Jeffrey S. White |

---

[1] Admitted *pro hac vice.*

[2] Other Counsel of record listed on signature page.

~~Having reviewed the parties' papers, stipulation, and relevant legal authority, and for other good cause shown, the Court hereby GRANTS the stipulated request of Defendant Wyndham Resort Development Corporation and Plaintiffs to exceed page limitation. Wyndham may have up to 25 pages (exclusive of title page, table of contents, table of authorities, statement of relief sought, statement of issues, and summary of argument) for each of its briefs in support of its Motions to Exclude Expert Opinions of Russell Lamb, Ph.D. and to Decertify the Class.~~

For the reasons set forth below, the parties' stipulated request is DENIED.

**IT IS SO ORDERED.**

Dated June 30, 2010.

_____
HONORABLE JEFFREY S. WHITE

Although the parties have stipulated to this request, the fact of a stipulation does not demonstrate good cause for exceeding this Court's page limitations. The Court is intimately familiar with the facts underlying this case, as well as the procedural history. The Court's ruling is without prejudice to renewing the request. However, the Court cautions the parties that it is not inclined to look favorably on such a request absent a showing of extremely good cause *and need* for ten additional pages for each motion.

1 | Respectfully submitted,

| Dated: June 30, 2010 | **TROUTMAN SANDERS, LLP**<br><br>By: _____*A. William Loeffler*_____<br><br>J. Kirk Quillian<br>A. William Loeffler<br>William M. Droze<br>5200 Bank of America Plaza<br>600 Peachtree Street, N.E.<br>Atlanta, Georgia 30308-2216<br>Telephone: (404) 885-3000<br>Facsimile: (404) 885-3900<br><br>SCHIFF HARDIN LLP<br>Stephen M. Hankins<br>Jeffrey V. Commisso<br>One Market, Spear Street Tower, 32nd Floor<br>San Francisco, California 94105<br>Telephone: (415) 901-8700<br>Facsimile: (415) 901-8701<br><br>*Attorneys for Wyndham Resort Development Corporation* |
|---|---|
| Dated: June 30, 2010 | **GIRARD GIBBS LLP**<br><br>By: ___*Jonathan K. Levine*___<br>        Jonathan K. Levine<br><br>Elizabeth C. Pritzker<br>Todd I. Espinosa<br>601 California Street<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br><br>James Helfrich, Esq.<br>Jordan Factor, Esq.<br>Gersh & Helfrich, LLP<br>1860 Blake Street, Suite 300<br>Denver, Colorado 80202<br>Telephone: (303) 293-2333<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE
*Wixon v. Wyndham Resort Development Corporation, et al.*
USDC, Northern District of California

I hereby certify that, on June 30, 2010, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all parties, as follows:

Jonathan K. Levine, Esq.
Elizabeth C. Pritzker, Esq.
GIRARD GIBBS LLP
601 California Street
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
*Attorneys for Plaintiffs*

James Helfrich, Esq.
Gersh & Helfrich, LLP
1860 Blake Street, Suite 300
Denver, Colorado 80202
*Attorneys for Plaintiffs*

Matthew G. Ball, Esq.
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel. (415) 882-8200
Fax. (415) 882-8220
*Attorneys for Director Defendants*

Judith H. Ramseyer, Esq.
Law Offices of Judith H. Ramseyer PLLC
2025 First Avenue, Suite 1130
Seattle, Washington 98121
Tel. (206) 728-6872
Fax. (206) 260-6689
*Attorney for Director Defendants*

/s/ A. William Loeffler
William M. Droze
TROUTMAN SANDERS LLP

5200 Bank of America Plaza
600 Peachtree Street
Atlanta, GA 30308-2216
(404) 885-3000

Counsel for Defendant Wyndham Resort Development Corporation