Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
ecp@girardgibbs.com
Todd I. Espinosa (State Bar No. 209591)
tie@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Class Counsel and
Attorneys for Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon

[*Additional counsel appear on signature page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon, derivatively and on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Wyndham Resort Development Corp. (f/k/a Trendwest Resorts, Inc.), Gene Hensley, David Herrick, John Henley, Peggy Fry, and John McConnell, and nominally, WorldMark, The Club,

Defendants.

Case No. C 07-02361 JSW (BZ)

**STIPULATION AND ~~[PROPOSED]~~ ORDER SUSPENDING PRE-TRIAL AND TRIAL DEADLINES PERTAINING TO CLAIMS AGAINST DEFENDANT WYNDHAM RESORT DEVELOPMENT CORP. IN LIGHT OF PROPOSED SETTLEMENT**

**CLASS AND DERIVATIVE ACTION**

Before: Hon. Jeffrey S. White

Case3:07-cv-02361-JSW Document502 Filed07/07/10 Page2 of 5

WHEREAS, on July 2, 2010, Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, Kandice Scattolon, and the Class (collectively, "Plaintiffs") and Defendant Wyndham Resort Development Corporation ("Wyndham"), through their counsel, reached a preliminary settlement regarding all claims by Plaintiffs against Wyndham;

WHEREAS, counsel for Plaintiffs and Wyndham are working diligently to prepare and enter into a detailed, formal agreement and to prepare all necessary supporting documentation with respect to class members and regulatory entities, which documentation will be submitted to the Court by no later than September 24, 2010;

WHEREAS, in order to avoid any unnecessary expenditure of the parties' and the Court's resources regarding the settled claims pending Court approval, Plaintiffs and Wyndham seek an order from the Court suspending the case management schedule (Dkt. Nos. 411, 412) as it applies to Plaintiffs' claims against Wyndham and the Court's order pertaining to class notice (Dkt. No. 487), while counsel for the parties prepare formal documentation of the settlement, notice of the settlement is provided to the Class, and a hearing to approve the settlement can be held;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, by and through their respective counsel, and subject to approval of the Court, that all pending pre-trial and trial deadlines pertaining to Plaintiffs' claims against Wyndham be suspended, pending submittal to the Court of the parties' formal documentation of settlement, notice of the settlement to the Class, and the Court's final approval of the settlement; and

IT IS FURTHER STIPULATED AND AGREED that the Court shall make any further orders with respect to the settlement, or with respect to any applicable deadlines pertaining to the settlement or to Plaintiffs' claims against Wyndham, at such further time as the Court deems appropriate, upon review of the parties' formal settlement documentation.

1

STIPULATION AND ~~[PROPOSED]~~ ORDER SUSPENDING PRE-TRIAL AND TRIAL DEADLINES PERTAINING TO CLAIMS AGAINST DEFENDANT WYNDHAM RESORT DEVELOPMENT CORP. IN LIGHT OF PROPOSED SETTLEMENT CASE NO. C 07 2361 JSW (BZ)

Case3:07-cv-02361-JSW Document502 Filed07/07/10 Page3 of 5

Dated: July 7, 2010

Respectfully submitted,

**GIRARD GIBBS LLP**

By: _/s/ Jonathan K. Levine_
Jonathan K. Levine

Elizabeth C. Pritzker
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

James Helfrich (*admitted pro hac vice*)
**GERSH & HELFRICH, LLP**
1860 Blake Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 293-2333
Facsimile: (303) 293-2433

*Attorneys for the Class and Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon*

2

STIPULATION AND ~~[PROPOSED]~~ ORDER SUSPENDING PRE-TRIAL AND TRIAL DEADLINES PERTAINING TO CLAIMS AGAINST DEFENDANT WYNDHAM RESORT DEVELOPMENT CORP. IN LIGHT OF PROPOSED SETTLEMENT CASE NO. C 07 2361 JSW (BZ)

Case3:07-cv-02361-JSW Document502 Filed07/07/10 Page4 of 5

Dated: July 7, 2010

**TROUTMAN SANDERS LLP**

By: */s/ A. William Loeffler*
A. William Loeffler

J. Kirk Quillian
William M. Droze
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

**SCHIFF HARDIN LLP**
Stephen M. Hankins
Jeffrey V. Commisso
One Market, Spear Street Tower, 32nd Floor
San Francisco, California 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

*Attorneys for Defendant Wyndham Resort Development Corporation*

3

STIPULATION AND [~~PROPOSED~~] ORDER SUSPENDING PRE-TRIAL AND TRIAL DEADLINES PERTAINING TO CLAIMS AGAINST DEFENDANT WYNDHAM RESORT DEVELOPMENT CORP. IN LIGHT OF PROPOSED SETTLEMENT CASE NO. C 07 2361 JSW (BZ)

Case3:07-cv-02361-JSW Document502 Filed07/07/10 Page5 of 5

# ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 7, 2010

The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [PROPOSED] ORDER SUSPENDING PRE-TRIAL AND TRIAL DEADLINES PERTAINING TO CLAIMS AGAINST DEFENDANT WYNDHAM RESORT DEVELOPMENT CORP. IN LIGHT OF PROPOSED SETTLEMENT CASE NO. C 07 2361 JSW (BZ)