Jonathan K. Levine (State Bar No. 220289)
  jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
  ecp@girardgibbs.com
Todd I. Espinosa (State Bar No. 209591)
  tie@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Class Counsel and
Attorneys for Plaintiffs Clarke and Rebecca Wixon,
Norman and Barbara Wixon, and Kandice Scattolon

[*Additional counsel appear on signature page*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>Wyndham Resort Development Corp. (f/k/a Trendwest Resorts, Inc.),<br><br>             Defendant. | Case No. C 07-02361 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT DOCUMENTATION FILING DATE**<br><br>CLASS ACTION<br><br>Before:   Hon. Jeffrey S. White |

1   On July 7, 2010, Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, and
2   Kandice Scattolon (collectively, "Plaintiffs") and Defendant Wyndham Resort Development
3   Corporation ("Wyndham") (Plaintiffs and Wyndham are referred to collectively as the "Parties")
4   notified the Court that they had reached a settlement in principle of all claims asserted by Plaintiffs,
5   individually and on behalf of the class, against Wyndham and sought a stay of the litigation while they
6   negotiated and prepared the settlement documentation. [Dkt. No. 501.] The Parties sought to have the
7   settlement documentation finalized and presented to the Court by September 24, 2010. On that same
8   date, the Court entered a stipulated order suspending pre-trial and trial deadlines, pending submission
9   of formal settlement documentation to the Court. [Dkt. No. 502.]

Prior to and following the entry of the stipulated order, the Parties, through their counsel, have exchanged draft settlement documents, conferred with each other to resolve drafting concerns, discussed plans for providing notice to the class, and met with their respective clients and client representatives to discuss and resolve issues pertaining to the settlement and the documentation thereof and to obtain the necessary client approvals and authorizations by the September 24 deadline. Despite the Parties' substantial progress accomplished through diligent, good faith, and cooperative efforts to complete these tasks, the Parties are unable to finalize all of the settlement documents and obtain the necessary client approvals by the September 24 deadline. Wyndham's counsel will be out of the country for two weeks from September 25 through October 11, 2010, and the Parties will require a short time following that date to conclude the settlement documents. Accordingly, the Parties agree to and hereby seek, subject to the Court's approval, a brief extension of the date to submit the final settlement documentation to the Court, from September 24, 2010 to no later than October 19, 2010. The Parties have not previously sought an extension of time for this purpose.

1

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT DOCUMENTATION FILING DATE
CASE NO. C 07 2361 JSW (BZ)

1  Dated: September 23, 2010                Respectfully submitted,

2                                           **GIRARD GIBBS LLP**

3                                           By:   */s/ Jonathan K. Levine*
4                                                 Jonathan K. Levine

5                                           Elizabeth C. Pritzker
                                            601 California Street, 14th Floor
6                                           San Francisco, California  94108
                                            Telephone:  (415) 981-4800
7                                           Facsimile:  (415) 981-4846

8                                           James Helfrich (*admitted pro hac vice*)
                                            **GERSH & HELFRICH, LLP**
9                                           1860 Blake Street, Suite 300
                                            Denver, Colorado 80202
10                                          Telephone:  (303) 293-2333
                                            Facsimile:  (303) 293-2433
11

12                                          *Attorneys for the Class and Plaintiffs Clarke and Rebecca*
13                                          *Wixon, Norman and Barbara Wixon, and Kandice*
                                            *Scattolon*
14

15  Dated:  September 23, 2010               **TROUTMAN SANDERS, LLP**

16                                          By:   */s/ J. Kirk Quillian*
17                                                J. Kirk Quillian (*admitted pro hac vice*)

18                                          J. Kirk Quillian (*admitted pro hac vice*)
                                            5200 Bank of America Plaza
19                                          600 Peachtree Street, N.E.
                                            Atlanta, Georgia  30308-2216
20                                          Telephone:  (404) 885-3000
21                                          Facsimile:  (404) 885-3900

22
                                            **SCHIFF HARDIN LLP**
23
                                            Stephen M. Hankins
24                                          One Market, Spear Street Tower, 32nd Floor
                                            San Francisco, California  94105
25                                          Telephone:  (415) 901-8700
                                            Facsimile:  (415) 901-8701
26

27                                          *Attorneys for Defendant Wyndham Resort*
                                            *Development Corporation*
28

1 | **PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: September 23, 2010

_____/s/ Jeffrey S. White_____
Honorable Jeffrey S. White
United States District Judge