Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
ecp@girardgibbs.com
Todd I. Espinosa (State Bar No. 209591)
tie@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Class Counsel and
Attorneys for Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon

[*Additional counsel appear on signature page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Wyndham Resort Development Corp. (f/k/a Trendwest Resorts, Inc.),

Defendant.

Case No. C 07-02361 JSW

**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING SETTLEMENT DOCUMENTATION FILING DATE**

CLASS ACTION

Before: Hon. Jeffrey S. White

On July 7, 2010, Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon (collectively, "Plaintiffs") and Defendant Wyndham Resort Development Corporation ("Wyndham") (Plaintiffs and Wyndham are referred to collectively as the "Parties") notified the Court that they had reached a settlement in principle of all claims asserted by Plaintiffs, individually and on behalf of the class, against Wyndham and sought a stay of the litigation while they negotiated and prepared the settlement documentation. [Dkt. No. 501.] The Parties sought to have the settlement documentation finalized and presented to the Court by September 24, 2010. On that same date, the Court entered a stipulated order suspending pre-trial and trial deadlines, pending submission of formal settlement documentation to the Court. [Dkt. No. 502.]

Prior to and following the entry of the stipulated order, the Parties, through their counsel, exchanged draft settlement documents, exhaustively conferred with each other to resolve drafting concerns, discussed plans for providing notice to the class, and met with their respective clients and client representatives to discuss and resolve issues pertaining to the settlement and the documentation thereof and to obtain the necessary client approvals and authorizations by the September 24 deadline. Despite the Parties' substantial progress accomplished through diligent, good faith, and cooperative efforts to complete these tasks, the Parties were unable to finalize the settlement documentation and obtain the necessary client approvals by the September 24 deadline. Accordingly, the Parties sought [Dkt. No. 656], and the Court granted [Dkt. No. 657], an extension to file the settlement documentation by October 19, 2010.

Wyndham's counsel was out of the country for two weeks during the time extension. When counsel returned, the Parties assiduously resumed their efforts to finalize the settlement documentation and, as of this morning, are now very close to concluding their task. Despite their continuing best efforts, the Parties require an additional short, two-day time extension to finalize and file the settlement documents. Accordingly, the Parties agree to and hereby seek, subject to the Court's approval, a two-day extension of the date to submit the final settlement documentation to the Court, from October 19, 2010 to October 21, 2010.

Case3:07-cv-02361-JSW Document660 Filed10/19/10 Page3 of 5

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 19, 2010

Honorable Jeffrey S. White
United States District Judge

2

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT DOCUMENTATION FILING DATE

CASE NO. C 07 2361 JSW (BZ)

Case3:07-cv-02361-JSW Document659 Filed10/18/10 Page4 of 5

Dated: October 18, 2010

Respectfully submitted,

**GIRARD GIBBS LLP**

By: /s/ Jonathan K. Levine
Jonathan K. Levine

Elizabeth C. Pritzker
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

James Helfrich (*admitted pro hac vice*)
**GERSH & HELFRICH, LLP**
1860 Blake Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 293-2333
Facsimile: (303) 293-2433

*Attorneys for the Class and Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon*

3

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SETTLEMENT DOCUMENTATION FILING DATE

CASE NO. C 07 2361 JSW (BZ)

Dated: October 18, 2010

**TROUTMAN SANDERS, LLP**

By: /s/ A. William Loeffler
A. William Loeffer (*admitted pro hac vice*)

J. Kirk Quillian (*admitted pro hac vice*)
A. William Loeffler (*admitted pro hac vice*)
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

**SCHIFF HARDIN LLP**
Stephen M. Hankins
One Market, Spear Street Tower, 32nd Floor
San Francisco, California 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

*Attorneys for Defendant Wyndham Resort Development Corporation*