IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE AND REBECCA WIXON, et al., | |
| Plaintiff, | No. C 07-02361 JSW |
| v. | **ORDER RE JOINT STATUS REPORT** |
| WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resort, Inc.), | |
| Defendant. | |

The Court has received and considered the parties' Joint Status Report, filed on April 18, 2011, and the proposed schedule therein. The Court parties' proposed deadlines should be modified as follows:

Deadline for class members to opt out or submit an objection to the settlement: July 8, 2011.

Deadline for parties to file any reply submissions in support of final approval or fee application: July 22, 2011.

Final Approval Hearing: August 5, 2011.

If there are no objections to the Court's modifications, the parties shall notify the Court by no later than 12:00 p.m. on April 20, 2011, and the Court shall vacate the status conference set for April 22, 2011.

If there are objections to the Court's modifications, the parties shall file those objections by 12:00 p.m. on April 20, 2011, and the parties shall appear as scheduled on April 22, 2011, unless otherwise notified by the Court.

**IT IS SO ORDERED.**

Dated: April 18, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE