Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
ecp@girardgibbs.com
Todd I. Espinosa (State Bar No. 209591)
tie@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Class Counsel and
Attorneys for Plaintiffs Clarke and Rebecca Wixon,
Norman and Barbara Wixon, and Kandice Scattolon

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLARK and REBECCA WIXON, NORMAN and BARBARA WIXON, and KANDICE SCATTOLON, derivatively and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP. (f/k/a Trendwest Resorts, Inc.),<br><br>Defendant. | Case No. C 07-2361 JSW (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ECF/CM POSTING OF CLASS MEMBER OPT-OUT LETTERS MAILED TO THE COURT**  AS MODIFIED<br><br>**Class Action** |

1    WHEREAS, Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice
2    Scattolon (collectively, "Plaintiffs") and Defendant Wyndham Resort Development Corp.
3    ("Wyndham") (collectively, the "Parties") have reached a proposed settlement of the above-captioned
4    class action, which the Court preliminarily approved on December 3, 2010 (Dkt. No. 668);

5    WHEREAS, Class Counsel has caused written notice of the settlement in the form approved by
6    the Court (the "Class Notice") to be mailed to all members of the Class in accordance with the Court's
7    April 19, 2011 order (Dkt. No. 683);

8    WHEREAS, the Class Notice and the Court's April 19, 2011 order provided that Class members
9    were permitted to opt-out of the settlement by mailing a written opt-out letter to Class Counsel;

10   WHEREAS, counsel for the Parties have become aware that, despite the procedure set forth in
11   the Class Notice, a small group of Class members advised other Class members to mail copies of their
12   opt-out letters to the Court in addition to Class Counsel.  As a result, Class members have mailed opt-
13   out letters to the Court in addition to Class Counsel, which has resulted in a significant and unnecessary
14   administrative burden on the Court and its clerical staff related to the scanning and posting of such opt-
15   out notices on the Court's ECF/CM system;

16   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, by and
17   through their respective counsel, and subject to approval of the Court, that, in accordance with General
18   Order 45, § VII, any opt-out letters that have been lodged with or submitted to the Court need not be
19   scanned and posted on the Court's ECF/CM system.

20   IT FURTHER IS HEREBY STIPULATED AND AGREED, subject to approval of the Court,
21   that on or before July 22, 2011, Class Counsel will file with the Court a report identifying all Class
22   members who have requested exclusion from, or opted-out of, the proposed settlement in accordance
23   with the procedures set forth in the Class Notice and the Court's April 19, 2011 order.

Dated: July 14, 2011                    Respectfully submitted,

               **GIRARD GIBBS LLP**

               By:  */s/ Elizabeth C. Pritzker*
                   Elizabeth C. Pritzker

Jonathan K. Levine
Todd I. Espinosa
**GIRARD GIBBS, LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Class Counsel and*
*Attorneys for Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon*

James Helfrich (*admitted pro hac vice*)
**ALLEN & VELLONE PC**
1600 Stout Street
Suite 1100
Denver, Colorado 80202
Telephone: (303) 534-4499
Facsimile: (303) 893-8332

*Attorneys for Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon*


Dated: July 14, 2011                    **TROUTMAN SANDERS, LLP**

               By:  */s/ J.Kirk Quillian*
                   J.Kirk Quillian

A. William Loeffler
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

Stephen M. Hankins
Jeffrey V. Commisso
**SCHIFF HARDIN LLP**
One Market, Spear Street Tower, 32nd Floor
San Francisco, California  94105
Telephone:  (415) 901-8700
Facsimile:  (415) 901-8701

*Attorneys for Defendant Wyndham Resort Development Corporation*

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. , as modified below.

DATED:  July 14, 2011

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

The Clerk shall make one entry per day of any opt-out letters that have been received, and shall docket it as "Opt Out Letters Received on _____ (appropriate date to be filled in).  The originals of any opt-out letters shall be maintained in the Court file.