Jonathan K. Levine (State Bar No. 220289)
 jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
 ecp@girardgibbs.com
Todd Espinosa (State Bar No. 209591)
 tie@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Attorneys for Individual and Representative
Plaintiffs Clarke and Rebecca Wixon, Norman
and Barbara Wixon, Kandice Scattolon and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Wyndham Resort Development Corp. (f/k/a Trendwest Resorts, Inc.),<br><br>Defendant. | Case No. C 07-02361 JSW (BZ)<br><br>**ADDENDUM TO EXHIBIT A TO THE [THIRD PROPOSED] FINAL CLASS ACTION SETTLEMENT APPROVAL ORDER AND JUDGMENT**<br><br>Date:  August 5, 2011<br>Time:  9:00 a.m.<br>Courtroom:  Hon. Jeffrey S. White |

Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon submit this addendum to Exhibit A to the [Third Proposed] Final Class Action Settlement Approval Order and Judgment (Dkt. No. 1337).

On August 4, 2011, Class Counsel received an opt-out letter from the following person that was timely submitted in accordance with the Court's April 19, 2011 order and the Settlement Notice (Dkt. No. 683):

| Last Name(s) | First Name(s) | Member Number | Postmark Date |
|---|---|---|---|
| Escobar | Laura | 00011016897 | July 6, 2011 |

Dated: August 5, 2011

Respectfully submitted,

**GIRARD GIBBS LLP**

By: */s/ Elizabeth C. Pritzker*
    Elizabeth C. Pritzker

Jonathan K. Levine
Todd Espinosa
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

James S. Helfrich (admitted *pro hac vice*)
Jordan Factor (admitted *pro hac vice*)
**ALLEN & VELLONE PC**
1600 Stout Street, Suite 1100
Denver, Colorado 80202
Telephone: 303-534-4499
Facsimile: 303-893-8332

*Attorneys for the Class and Plaintiffs Clarke and Rebecca Wixon, Norman and Barbara Wixon, and Kandice Scattolon*

1

**ADDENDUM TO EXHIBIT A TO [THIRD PROPOSED] FINAL CLASS ACTION SETTLEMENT APPROVAL ORDER AND JUDGMENT**
CASE NO. C 07 2361 JSW (BZ)

# CERTIFICATE OF SERVICE

I, Elizabeth C. Pritzker, hereby certify that on August 5, 2011, I filed the following document(s):

**ADDENDUM TO EXHIBIT A TO THE [THIRD PROPOSED] FINAL CLASS ACTION SETTLEMENT APPROVAL ORDER AND JUDGMENT**

By ECF (Electronic Case Filing): I e-filed the above-detailed document utilizing the United States District Court, Northern District of California's mandated ECF service on August 5, 2011. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, CA on August 5, 2011.

*/s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker

2

**ADDENDUM TO EXHIBIT A TO [THIRD PROPOSED] FINAL CLASS ACTION SETTLEMENT APPROVAL ORDER AND JUDGMENT**
CASE NO. C 07 2361 JSW (BZ)