**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE AND REBECCA WIXON, et al., | |
| Plaintiffs, | No. C 07-02361 JSW |
| v. | **JUDGMENT** |
| WYNDHAM RESORT DEVELOPMENT CORPORATION, et al., | |
| Defendants. | |

Pursuant to the Court's Order issued this date granting Plaintiffs' motion for final approval of settlement of the class claims and dismissing those claims with prejudice pursuant to that settlement, JUDGMENT is HEREBY ENTERED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 8, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE