UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLARKE and REBECCA WIXON,  )
                           )
        Plaintiff(s),      )   No. C 07-2361 JSW (BZ)
                           )
    v.                     )
                           )   **ORDER SHORTENING TIME**
WYNDHAM RESORT DEVELOPMENT )
CORP., et al.,             )
                           )
        Defendant(s).      )
_____)

In opposition to plaintiffs' motion for leave to take the deposition of the objector-appellants, their counsel has filed a declaration which is largely devoted to the underlying issue of whether depositions should be taken.[1] The opposition to shortening time is premised chiefly on the facts that plaintiffs have known the identity of the objectors for some months and at least one of the objectors is out-of-town. Neither of these facts persuade me that time should not be shortened. As I understand the moving papers, the need to take these depositions did not surface until the notice of appeal was filed and there is no suggestion that the out-of-

---

[1] Inasmuch as Judge White has only referred the discovery motion to me under Civil L.R. 72-1, there is no need for consent to magistrate judge jurisdiction.

1

town objector would somehow be involved in briefing the discovery motion.  **IT IS THEREFORE ORDERED** that plaintiff's motion to shorten time is **GRANTED**.  **IT IS FURTHER ORDERED** that if objectors wish to file anything further in opposition to the motion, they shall do so by **Monday, September 19, 2011**. Any reply shall be filed by **Wednesday, September 21, 2011**. I will schedule a hearing if I determine that one is necessary.

Dated: September 14, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WIXON V. TRENDWEST\ORDER GRANTING OST.wpd